UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD HALL, individually and on behalf of all others similarly situated,<br><br>                                    Plaintiff,<br><br>v.<br><br>MARRIOTT INTERNATIONAL, INC., a Delaware corporation,<br><br>                                    Defendant. | Case No.: 19-CV-1715 JLS (AHG)<br><br>**ORDER DENYING PLAINTIFF'S APPLICATION FOR LEAVE TO FILE SUPPLEMENTAL RESPONSE TO DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>(ECF No. 29) |

Presently before the Court is Plaintiff Todd Hall's Application for Leave to File Supplemental Response to Defendant's Notice of Supplemental Authority Regarding Defendant's Motion to Dismiss First Amended Complaint [D.E. 28] ("Mot.," ECF No. 29). While it may be appropriate—under certain circumstances, at least, and preferably with leave of the Court—to file notices of supplemental authority, such notices should not be used as an opportunity to supplement the filing party's arguments. *See, e.g.*, *Wi-LAN Inc. v. LG Elecs., Inc.*, No. 18-CV-01577-H-BGS, 2019 WL 5681622, at *1 n.1 (S.D. Cal. Nov. 1, 2019) ("[The defendant]'s notice of supplemental authority contains improper additional argument in support of its motion.") (citing *Hall v. Shinseki*, 717 F.3d 1369, 1373 n.4 (Fed. Cir. 2013); *Desper Prod., Inc. v. QSound Labs, Inc.*, 157 F.3d 1325, 1335 (Fed. Cir. 1998); *United States v. LaPierre*, 998 F.2d 1460, 1466 n.5 (9th Cir. 1993)).

To the extent Defendant Marriott International, Inc's Notice of Supplemental Authority includes improper, additional arguments in support of its pending Motion to Dismiss, the Court declines to consider those arguments. Accordingly, the Court does not believe that additional briefing is required. The Court therefore **DENIES** Plaintiff's Motion seeking leave to file a supplemental response to the Notice.

**IT IS SO ORDERED.**

Dated: June 12, 2020

Hon. Janis L. Sammartino
United States District Judge