UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD HALL, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>v.<br><br>MARRIOTT INTERNATIONAL, INC.,<br><br>                             Defendant. | Case No.: 3:19-cv-01715-JLS-AHG<br><br>**SCHEDULING ORDER SETTING DISCOVERY DEADLINES AND CLASS CERTIFICATION MOTION DEADLINE** |

Pursuant to Rule 16.1(d) of the Local Rules, the Court held a Case Management Conference in this matter on **November 6, 2020**. After consulting with counsel and being advised of the status of the case, the Court **ORDERS** as follows:

1.    Any motion to join other parties, amend the pleadings, or file additional pleadings shall be filed by **December 8, 2020.**

2.    Fact and class discovery are not bifurcated, but class discovery must be completed by **February 16, 2021**. "Completed" means that all discovery requests governed by Rules 30-36 of the Federal Rules of Civil Procedure, and discovery subpoenas under Rule 45, must be propounded sufficiently in advance of the discovery cut-off date **so that they may be completed** by that date, taking into account the time permitted in the Rules

for service, notice, and responses. If any discovery disputes arise, **counsel must meet and confer promptly and in good faith in compliance with Local Rule 26.1(a). A failure to comply in this regard will result in a waiver of a party's discovery issue. Absent an order of the court, no stipulation continuing or altering this requirement will be recognized by the Court.** The Court expects counsel to make every effort to resolve all disputes without court intervention through the meet-and-confer process. If the parties reach an impasse on any discovery issue, the movant must email chambers at efile_goddard@casd.uscourts.gov no later than 45 days after the date of service of the written discovery response that is in dispute, seeking a telephonic conference with the Court to discuss the discovery dispute. The email must include: (1) at least three proposed times mutually agreed upon by the parties for the telephonic conference; (2) a *neutral* statement of the dispute; and (3) one sentence describing (not arguing) each parties' position. The movant must copy opposing counsel on the email. No discovery motion may be filed until the Court has conducted its pre-motion telephonic conference, unless the movant has obtained leave of Court. **All parties are ordered to read and to fully comply with the Chambers Rules of Magistrate Judge Allison H. Goddard**, which can be found on the district court website.

3. Plaintiff(s) must file a motion for class certification by **March 17, 2021**.[1]

4. Within **three (3) days** of a ruling on the motion for class certification, the parties must jointly contact the Court via email (at efile_goddard@casd.uscourts.gov) to arrange a further case management conference.

5. The dates set forth herein will not be modified except for good cause shown.

**IT IS SO ORDERED**.

Dated: November 6, 2020

_____
Honorable Allison H. Goddard
United States Magistrate Judge

---

[1] Should Plaintiff not file a class certification motion, he must notify the Court via email (at efile_goddard@casd.uscourts.gov) by **March 22, 2020**.