**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
MICHAEL T. HOUCHIN (SBN 305541)
*mike@consumersadvocates.com*
LILACH HALPERIN (SBN 323202)
*lilach@consumersadvocates.com*
651 Arroyo Drive
San Diego, CA  92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

**LAW OFFICE OF ROBERT L. TEEL**
ROBERT L. TEEL (SBN 127081)
lawoffice@rlteel.com
1425 Broadway, Mail Code: 20-6690
Seattle, Washington 98122
Telephone: (866) 833-5529
Facsimile: (855) 609-6911
[*Additional Counsel on Signature Page*]
***Attorneys for Plaintiffs and the Proposed Classes***

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD HALL, JULIE DRASSINOWER, KEVIN BRANCA, and JESSE HEINEKEN individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>MARRIOTT INTERNATIONAL, INC., a Delaware corporation;<br><br>*Defendant*. | CASE NO. 3:19-cv-01715-JLS-AHG<br><br><u>CLASS ACTION</u><br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO CONSOLIDATE CASES AND FOR APPOINTMENT OF INTERIM CLASS COUNSEL**<br><br>Date:   April 22, 2021<br>Time:   1:30 p.m.<br>Ctrm:   4D<br>Judge:  Hon. Janis L. Sammartino |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Plaintiffs Todd Hall, Julie Drassinower, Kevin Branca, and Jesse Heineken ("Plaintiffs"), on behalf of themselves and all others similarly situated, on April 22, 2021 at 1:30 p.m., in Courtroom 4D of the federal courthouse located at 221 West Broadway, San Diego, California 92101, before the Honorable Janis L. Sammartino presiding, will and hereby do respectfully move for an Order consolidating the present action with a related action titled *Abdelsayed, et al. v. Marriott International, Inc.*, Case. No. 3:21-cv-00402-BEN-JLB (S.D. Cal.) ("*Abdelsayed*") pursuant to Federal Rule of Civil Procedure 42(a)(1).

Additionally, Plaintiffs will and hereby do move for appointment of interim class counsel pursuant to Federal Rule of Civil Procedure 23(g)(3). Plaintiffs seek to have their counsel, the Law Offices of Ronald A. Marron, APLC and the Law Office of Robert L. Teel, along with counsel for the *Abdelsayed* Plaintiffs, Bursor & Fisher, P.A., appointed as interim class counsel for the putative classes.

This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed concurrently herewith, the Declaration of Ronald A. Marron ("Marron Decl.") and Exhibit 1 through 2 attached thereto filed concurrently herewith, the Declaration of Robert L. Teel ("Teel Decl.") filed concurrently herewith, the Declaration of L. Timothy Fisher ("Fisher Decl.") and Exhibits A through C attached thereto filed concurrently herewith, and all of the files and record of this action, and on any additional material that may be elicited at the hearing of this motion.

DATED: March 23, 2021                    Respectfully submitted,

                                         */s/ Ronald A. Marron*
                                         RONALD A. MARRON

                                         **LAW OFFICES OF**

1

*Hall v. Marriott International, Inc.*, Case No. 3:19-cv-01715-JLS-AHG
PLAINTIFFS' NOTICE OF MOTION AND MOTION TO CONSOLIDATE CASES AND FOR APPOINTMENT OF INTERIM CLASS COUNSEL

**RONALD A. MARRON**
Ronald A. Marron
*ron@consumersadvocates.com*
Michael T. Houchin
*mike@consumersadvocates.com*
Lilach Halperin
*lilach@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

**LAW OFFICE OF ROBERT L. TEEL**
ROBERT L. TEEL (SBN 127081)
*lawoffice@rlteel.com*
1425 Broadway, Mail Code: 20-6690
Seattle, Washington 98122
Telephone: (866) 833-5529
Facsimile: (855) 609-6911

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Blair E. Reed (State Bar No. 316791)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com
                breed@bursor.com
*Attorneys for Plaintiffs and the Proposed Classes*

2

*Hall v. Marriott International, Inc.*, Case No. 3:19-cv-01715-JLS-AHG
PLAINTIFFS' NOTICE OF MOTION AND MOTION TO CONSOLIDATE CASES AND FOR APPOINTMENT OF INTERIM CLASS COUNSEL