Amy B. Alderfer (SBN 205482)
aalderfer@cozen.com
COZEN O'CONNOR
401 Wilshire Boulevard, Suite 850
Santa Monica, CA 90401
Telephone: 213-892-7941
Facsimile: 213-784-9067

Chad E. Kurtz (DC Bar No. 1016934)
(*Pro Hac Vice*)
ckurtz@cozen.com
COZEN O'CONNOR
1200 19th Street, NW
Washington, DC 20036
Telephone: 202-912-4800
Facsimile: 202-861-1905

Paul K. Leary, Jr. (PA Bar No. 85402)
(*Pro Hac Vice*)
pleary@cozen.com
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Telephone: 215-665-2000
Facsimile: 215-665-2013

Attorneys for Defendant
Marriott International, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD HALL, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MARRIOTT INTERNATIONAL, INC., a Delaware corporation,<br><br>Defendant. | Case No.: 3:19-cv-01715-JLS-AHG<br>Hon. Janis L. Sammartino<br><br>DEFENDANT MARRIOTT INTERNATIONAL, INC.'S NON OPPOSITION TO PLAINTIFFS' MOTION FOR CONSOLIDATION AND FOR APPOINTMENT OF INTERIM CLASS COUNSEL<br><br>Date: April 22, 2021<br>Time: 1:30 p.m.<br>Courtroom: 4D |

1

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Defendant Marriott International, Inc. ("Defendant") hereby does not oppose Plaintiffs' Motion for Consolidation and for Appointment of Interim Class Counsel.

Dated:   April 8, 2021                      COZEN O'CONNOR

By: /s/ *Amy B. Alderfer*
Amy B. Alderfer
Paul K. Leary, Jr. (*Pro Hac Vice*)
Chad E. Kurtz (*Pro Hac Vice*)
Attorneys for Defendant
Marriott International, Inc.

COZEN O'CONNOR
401 WILSHIRE BOULEVARD
SUITE 850
SANTA MONICA, CA 90401

2
DEFENDANT MARRIOTT INTERNATIONAL, INC.'S NON OPPOSITION TO PLAINTIFFS' MOTION FOR CONSOLIDATION AND FOR APPOINTMENT OF INTERIM CLASS COUNSEL
CASE NO.: 3:19-CV-01715-JLS-AHG
LEGAL\51758112\1