UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD HALL; JULIE DRASSINOWER; KEVIN BRANCA; and JESSE HEINEKEN, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>MARRIOTT INTERNATIONAL, INC., a Delaware corporation,<br><br>　　　　　　　　　　　Defendant. | Case No.: 19-CV-1715 JLS (AHG)<br><br>**ORDER TAKING MATTER UNDER SUBMISSION WITHOUT ORAL ARGUMENT**<br><br>(ECF No. 72) |

Presently before the Court is Plaintiffs Todd Hall, Julie Drassinower, Kevin Branca, and Jesse Heineken's Motion to Consolidate Cases and for Appointment of Interim Class Counsel ("Mot.," ECF No. 72). The Court finds the matter suitable for decision without oral argument; accordingly, the Court **TAKES UNDER SUBMISSION** the Motion without oral argument pursuant to Civil Local Rule 7.1(d)(1).

**IT IS SO ORDERED.**

Dated: April 16, 2021

　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　United States District Judge