Amy B. Alderfer (SBN 205482)
aalderfer@cozen.com
COZEN O'CONNOR
401 Wilshire Boulevard, Suite 850
Santa Monica, CA 90401
Telephone: 213-892-7941
Facsimile: 213-784-9067

Brett N. Taylor (SBN 274400)
btaylor@cozen.com
COZEN O'CONNOR
601 S Figueroa St., Suite 3700
Los Angeles, CA 90017
Tel: 213-892-7900
Fax: 213-892-7999

Chad E. Kurtz (DC Bar No. 1016934)
(admitted *Pro Hac Vice*)
ckurtz@cozen.com
COZEN O'CONNOR
1200 19th Street, NW
Washington, DC  20036
Telephone:  202-912-4800
Facsimile:  202-861-1905

Paul K. Leary, Jr. (PA Bar No. 85402)
(admitted *Pro Hac Vice*)
pleary@cozen.com
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Telephone:  215-665-2000
Facsimile: 215-665-2013

Attorneys for Defendant,
Marriott International, Inc.

COZEN O'CONNOR
401 WILSHIRE BOULEVARD
SUITE 850
SANTA MONICA, CA 90401

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD HALL, individually and on behalf of all others similarly situated, et al.,<br><br>Plaintiff,<br><br>v.<br><br>MARRIOTT INTERNATIONAL, INC., a Delaware corporation,<br><br>Defendant. | Case No.: 3:19-cv-01715-JLS-AHG<br>Hon. Janis L. Sammartino<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY AMY B. ALDERFER AS COUNSEL FOR MARRIOTT INTERNATIONAL, INC.** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Amy B. Alderfer, SBN 205482, hereby withdraws as counsel of record for Defendant Marriott International, Inc. in this action.

Attorney Brett N. Taylor, Chad E. Kurtz and Paul K. Leary, Jr. of Cozen O'Connor continues to serve as counsel of record for Defendant Marriott International, Inc.

Please remove Ms. Alderfer from the docket of this case and update the docket to reflect the above.   All notices and documents regarding this action should be sent to Brett N. Taylor, Chad E. Kurtz and Paul K. Leary, Jr. at the above addresses.

Executed on October 18, 2021 in Los Angeles, California.

By: */s/ Amy Alderfer*
    Amy Alderfer
    Attorney for Defendant,
    Marriott International, Inc.

COZEN O'CONNOR
401 WILSHIRE BOULEVARD
SUITE 850
SANTA MONICA, CA 90401

NOTICE OF WITHDRAWAL OF COUNSEL
CASE NO.: 3:19-CV-01715-JLS-AHG