**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
MICHAEL T. HOUCHIN (SBN 305541)
*mike@consumersadvocates.com*
LILACH HALPERIN (SBN 323202)
*lilach@consumersadvocates.com*
651 Arroyo Drive
San Diego, CA 92103
Tel: (619) 696-9006
Fax: (619) 564-6665

**LAW OFFICE OF ROBERT L. TEEL**
ROBERT L. TEEL (SBN 127081)
*lawoffice@rlteel.com*
1425 Broadway, Mail Code: 20-6690
Seattle, Washington 98122
Tel: (866) 833-5529
Fax: (855) 609-6911

**BURSOR & FISHER, P.A.**
L Timothy Fisher (SBN 191626)
Sean L. Litteral (SBN 331985)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
slitteral@bursor.com

*Interim Class Counsel*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD HALL, KEVIN BRANCA, and GEORGE ABDELSAYED individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>MARRIOTT INTERNATIONAL, INC., a Delaware corporation;<br><br>*Defendant*. | Case No. 3:19-cv-01715-JO-AHG<br><br>**DECLARATION OF MICHAEL T. HOUCHIN IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date: July 27, 2022<br>Time: 9:30 a.m.<br>Court: 4C<br>Judge: Hon. Jinsook Ohta<br><br>**SPECIAL BRIEFING SCHEDULE ORDERED [Dkt. No. 138]**<br><br>**REDACTED FOR PUBLIC VIEW** |

*Hall v. Marriott International, Inc.*, Case No. 3:19-cv-01715-JO-AHG
DECLARATION OF MICHAEL T. HOUCHIN IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL
SUMMARY JUDGMENT

I, Michael T. Houchin, hereby declare as follows:

1. I am a member in good standing of the State Bar of California and the United States District Court for the Southern District of California. I represent Plaintiffs Todd Hall and George Abdelsayed ("Plaintiffs") in the above-captioned action. I submit this declaration in support of Plaintiffs' Motion for Partial Summary Judgment. I make this Declaration based on my personal knowledge, and if called to testify, I could and would competently testify to the matters contained herein.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the deposition transcript of Marriott's former Vice President of Guest Operations, Jeffrey Michael Wolff ("Wolff").

3. Attached hereto as **Exhibit 2** is a true and correct copy of the deposition transcript of Wolff that was taken in an investigative matter conducted by the Washington D.C. Office of Attorney General. This deposition transcript was produced by Marriott in the present action as MAR43745-MAR44087.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the deposition transcript of Marriott's corporate representative, Scott McCoy ("McCoy"), that was taken in the matter of *District of Columbia v. Marriott International, Inc.*, Case No. 2019-CA-004497 B (D.C. Superior Court). This deposition transcript was produced by Marriott in the present action as MAR02582-MAR02762.

5. Attached hereto as **Exhibit 4** is a true and correct copy of Marriott's Request for Judicial Notice in Support of Motion to Dismiss First Amended Class Action Complaint that was filed in this action on January 10, 2020 ("RJN," Dkt. No. 18-2). Marriott's RJN shows the booking process on the Marriott.com website for the Marriott Marquis San Diego Mariana. This document was marked as Exhibit 13 during the deposition of Jefferey Michael Wolff taken in this action.

6. Attached hereto as **Exhibit 5** is a true and correct copy of a spreadsheet that was produced by Marriott in this action showing the hotel alerts that appear in the blue box for various hotels. This document was produced by Marriott in native

format and is bates labeled as MAR131604.

7. Attached hereto as **Exhibit 6** is a true and correct copy of the Points and Authorities in Support of Defendant Marriott International, Inc's Opposed Motion to Dismiss that was filed in the matter of *District of Columbia v. Marriott International, Inc.*, Case No. 2019-CA-004497 B (D.C. Superior Court). Exhibits A though F attached to this document show the webflow on the Marriott.com website for the Renaissance Las Vegas Hotel. This document was marked as Exhibit 12 during the deposition of Jeffrey M. Wolff in this action.

8. Attached hereto as **Exhibit 7** is a true and correct copy of ███████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ██████

9. Attached hereto as **Exhibit 8** is a true and correct copy of a document titled ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████

10. Attached hereto as **Exhibit 9** is a true and correct copy of document ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ █████████████████████████████████████████████████

11. Attached hereto as **Exhibit 10** is a true and correct copy of the expert report of Charlene L. Podlipna, CPA.

12. Attached hereto as **Exhibit 11** is a true and correct copy of the expert report of Dr. J. Michael Dennis, Ph.D.

13. Attached hereto as **Exhibit 12** is a true and correct copy of ██████

| | |
|---|---|
| 1 | ██████████ |
| 2 | ██████████ |
| 3 | ██████████ |
| 4 | ██████████ |
| 5 | ██████████ |
| 6 | ██████████ |
| 7 | ██████████ |

8  14. Attached hereto as **Exhibit 13** is a true and correct copy of ██

9  ██████████
10 ██████████
11 ██████████
12 ██████████
13 ██████

14  15. Attached hereto as **Exhibit 14** is a true and correct copy of ██

15 ██████████
16 ██████████
17 ██████████
18 ██████████
19 ██████████
20 ██████████
21 ██████████

22  16. Attached hereto as **Exhibit 15** is a true and correct copy of the deposition transcript of Marriott's Chief Global Officer of Global Operations, Erika Alexander.

25  17. Attached hereto as **Exhibit 16** is a true and correct copy of a document
26 ██████████
27 ██████████
28 ██████████

1. ███████████████████████████████████████
2. ████████████████
3.      18.    Attached hereto as **Exhibit 17** is a true and correct copy of ████
4. ███████████████████████████████████████
5. ███████████████████████████████████████
6. █████████████████████████████████████
7.      19.    Attached hereto as **Exhibit 18** is a true and correct copy of ████
8. ███████████████████████████████████████
9. ███████████████████████████████████████
10. ███████████████████████████████████████
11. ████████████████████████
12.      20.    Attached hereto as **Exhibit 19** is a true and correct copy of a document
13. ███████████████████████████████████████
14. ███████████████████████████████████████
15. ███████████████████████████████████████
16. ███████████████████████████████████████
17. ███████████████████████████████████████
18. █████████████████████████████████
19.      21.    Attached hereto as **Exhibit 20** is a true and correct copy of a document
20. ███████████████████████████████████████
21. ███████████████████████████████████████
22. ███████████████████████████████████████
23. ██████████████████████████████
24.      22.    Attached hereto as **Exhibit 21** is a true and correct copy of "Economic Analysis of Hotel Resort Fees" by Mary W. Sullivan published by the Bureau of Economics, Federal Trade Commission, *available at* https://www.ftc.gov/system/files/documents/reports/economic-analysis-hotel-resort-fees/p115503_hotel_resort_fees_economic_issues_paper.pdf

23. Attached hereto as **Exhibit 22** is a true and correct copy of a "Warning Letter" sent by the FTC to The Gaylord Opryland concerning resort fees and showing that Marriott's then-Chief Executive Officer, Arne M. Sorenson, was copied on the letter. This document was produced by Marriott as MAR00010-MAR00011 and was marked as Exhibit 34 during the deposition of Wolff in this action.

24. Attached hereto as **Exhibit 23** is a true and correct copy of a "Warning Letter" sent by the FTC to The Gaylord Palms concerning resort fees and showing that Marriott's then-Chief Executive Officer, Arne M. Sorenson, was copied on the letter. This document was produced by Marriott as MAR00012-MAR00013 and was marked as Exhibit 36 during the deposition of Jeffrey Wolff in this action.

25. Attached hereto as **Exhibit 24** is a true and correct copy of a letter from ███████████████████████████████████████████████████████████████████████████████████████████████████████

26. Attached hereto as **Exhibit 25** is a true and correct copy of a press release issued by the Federal Trade Commission ("FTC") on November 28, 2012 titled "FTC Warns Hotel Operators that Price Quotes that Exclude 'Resort Fees' and Other Mandatory Surcharges May Be Deceptive," *available at* https://www.ftc.gov/news-events/news/press-releases/2012/11/ftc-warns-hotel-operators-price-quotes-exclude-resort-fees-other-mandatory-surcharges-may-be

27. Attached hereto as **Exhibit 26** is a true and correct copy of ███ ███████████████████████████████████████████████████████████████████████████████████████████████████████

28. Attached hereto as **Exhibit 27** is a true and correct copy of ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

29. Attached hereto as **Exhibit 28** is a true and correct copy of a prepared statement issued by Attorney General Karl A. Racine of the Office of the Attorney General for the District of Columbia regarding a lawsuit against Marriott over resort fees, *available at* https://oag.dc.gov/release/prepared-remarks-marriott-lawsuit-over-resort-fees

30. Attached hereto as **Exhibit 29** is a true and correct copy of the July 9, 2019 complaint that was filed by the District of Columbia Attorney General against Marriott in the action titled *District of Columbia v. Marriott International, Inc.*, Case No. 2019-CA-004497 B (D.C. Superior Court).

31. Attached hereto as **Exhibit 30** is a true and correct copy of the December 23, 2021 Order Denying Plaintiff District of Columbia's Motion for Summary Judgment and Denying Defendant Marriott International, Inc.'s Motion for Summary Judgment that was entered in the matter of *District of Columbia v. Marriott International, Inc.*, Case No. 2019-CA-004497 B (D.C. Superior Court).

32. Attached hereto as **Exhibit 31** is a true and correct copy of ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on this 15th day of April, 2022 at San Diego, California.

/s/ *Michael T. Houchin*
Michael T. Houchin