# TABLE OF EXHIBITS

| EXHIBIT NUMBER | EXHIBIT DESCRIPTION | PAGE NUMBERS |
|---|---|---|
| **EXHIBIT 1** | Deposition transcript of Marriott's former Vice President of Guest Operations, Jeffrey Michael Wolff | 1-96 |
| **EXHIBIT 2** | Deposition transcript of Jeffrey Wolff conducted by the Washington D.C. Office of Attorney General | 97-439 |
| **EXHIBIT 3** | Deposition transcript of Marriott's corporate representative, Scott McCoy taken in *District of Columbia v. Marriott International, Inc.*, Case No. 2019-CA-004497 B (D.C. Superior Court) | 440-620 |
| **EXHIBIT 4** | Marriott's Request for Judicial Notice in Support of Motion to Dismiss First Amended Class Action Complaint | 621-667 |
| **EXHIBIT 5** | Hotel alerts appearing in blue boxes for various hotels | 668-671 |
| **EXHIBIT 6** | Points and Authorities in Support of Defendant Marriott International, Inc's Opposed Motion to Dismiss filed in *District of Columbia v. Marriott International, Inc.*, Case No. 2019-CA-004497 B (D.C. Superior Court) | 672-757 |
| **EXHIBIT 7** | Internal Marriott email chain | 758-760 |
| **EXHIBIT 8** | Meeting minutes regarding destination fees | 761-762 |

| EXHIBIT NUMBER | EXHIBIT DESCRIPTION | PAGE NUMBERS |
|---|---|---|
| **EXHIBIT 9** | Resort fee revenues | 763-777 |
| **EXHIBIT 10** | Expert report of Charlene L. Podlipna, CPA | 778-914 |
| **EXHIBIT 11** | Expert report of Dr. J. Michael Dennis, Ph.D | 915-1035 |
| **EXHIBIT 12** | Internal Marriott email chain | 1036-1039 |
| **EXHIBIT 13** | Internal Marriott email chain | 1040-1041 |
| **EXHIBIT 14** | Internal Marriott email chain | 1042-1045 |
| **EXHIBIT 15** | Deposition transcript of Marriott's Chief Global Officer of Global Operations, Erika Alexander | 1046-1118 |
| **EXHIBIT 16** | Marriott PowerPoint presentation regarding resort fee disclosures | 1119-1139 |
| **EXHIBIT 17** | Internal Marriott email chain | 1140-1149 |

| EXHIBIT NUMBER | EXHIBIT DESCRIPTION | PAGE NUMBERS |
|---|---|---|
| **EXHIBIT 18** | Marriott presentation on resort fees and disclosures | 1150-1216 |
| **EXHIBIT 19** | Destination amenity fees research results | 1217-1218 |
| **EXHIBIT 20** | Consumer comments regarding Marriott resort fees | 1219-1224 |
| **EXHIBIT 21** | "Economic Analysis of Hotel Resort Fees" by Mary W. Sullivan published by the Bureau of Economics, Federal Trade Commission | 1225-1273 |
| **EXHIBIT 22** | "Warning Letter" sent by the FTC to The Gaylord Opryland | 1274-1275 |
| **EXHIBIT 23** | "Warning Letter" sent by the FTC to The Gaylord Palms | 1276-1277 |
| **EXHIBIT 24** | Letter from Marriott to the FTC | 1278 |
| **EXHIBIT 25** | Press release issued by the FTC titled "FTC Warns Hotel Operators that Price Quotes that Exclude 'Resort Fees' and Other Mandatory Surcharges May Be Deceptive" | 1279-1280 |
| **EXHIBIT 26** | Internal Marriott email chain | 1281-1282 |

| EXHIBIT NUMBER | EXHIBIT DESCRIPTION | PAGE NUMBERS |
|---|---|---|
| **EXHIBIT 27** | Internal Marriott email chain | 1283-1285 |
| **EXHIBIT 28** | Statement issued by Attorney General Karl A. Racine of the Office of the Attorney General for the District of Columbia regarding a lawsuit against Marriott over resort fees | 1286-1289 |
| **EXHIBIT 29** | July 9, 2019 complaint filed by the District of Columbia Attorney General against Marriott | 1290-1329 |
| **EXHIBIT 30** | December 23, 2021 Order Denying District of Columbia's Motion for Summary Judgment and Denying Marriott's Motion for Summary Judgment in *District of Columbia v. Marriott International, Inc.*, Case No. 2019-CA-004497 B (D.C. Superior Court) | 1330-1333 |
| **EXHIBIT 31** | Internal Marriott email chain | 1334-1337 |