**<u>EXHIBIT 4</u>**

EXHIBIT

13

Amy B. Alderfer (SBN 205482)
*aalderfer@cozen.com*
COZEN O'CONNOR
1299 Ocean Avenue, Suite 900
Santa Monica, CA 90401
Telephone: 213-892-7941
Facsimile: 213-784-9067

Brett N. Taylor (SBN 274400)
*btaylor@cozen.com*
COZEN O'CONNOR
601 S. Figueroa Street, Suite 3700
Los Angeles, CA 90017
Telephone: 213-892-7925
Facsimile: 213-892-7999

Milton A. Marquis (DC Bar No. 472979)
(*Pro Hac Vice* Pending)
*mmarquis@cozen.com*
Bryan L. Mosca (DC Bar No. 1008790)
(*Pro Hac Vice*)
*bmosca@cozen.com*
COZEN O'CONNOR
1200 19th Street, NW
Washington, DC 20036
Telephone: 202-912-4800
Facsimile: 202-861-1905

Paul Leary (PA Bar No. 85402)
(To Apply *Pro Hac Vice*)
*pleary@cozen.com*
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Telephone: 215-665-2000
Facsimile: 215-665-2013

Attorneys for Defendant
Marriott International, Inc.

COZEN O'CONNOR
1299 OCEAN AVENUE, SUITE 900
SANTA MONICA, CA 90401

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD HALL, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MARRIOTT INTERNATIONAL, INC., a Delaware corporation,<br><br>Defendant. | Case No.: 3:19-cv-01715-H-AHG<br>Hon. Marilyn L. Huff<br><br>DEFENDANT MARRIOTT INTERNATIONAL, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED CLASS ACTION COMPLAINT<br><br>Date: February 10, 2020<br>Time: 10:30 a.m.<br>Courtroom: 15A |

1

**EXHIBIT 4 - PAGE 621**

1      Defendant Marriott International, Inc. ("Marriott" or "Defendant") hereby

2  requests, pursuant to Federal Rules of Evidence 201, that this Court take judicial

3  notice of the following documents in support of Marriott's 12(b)(1) and (6) Motion

4  to Dismiss the First Amended Class Action Complaint filed by Plaintiff Todd Hall

5  ("Plaintiff") for lack of subject matter jurisdiction and for failure to state a claim

6  upon which relief can be granted ("Motion to Dismiss").

7      **Exhibit A:**  A true and correct copy of the webpage found at

8  https://www.marriott.com/search/default.mi, typing in "San Diego" and "Nov. 4 to

9  Nov. 5" for the "Find Hotels" page.

10      **Exhibit B:** A true and correct copy of the webpage found at

11  https://www.marriott.com/search/findHotels.mi, which shows when a consumer

12  types in, "San Diego" and "Nov. 4 to Nov. 5" and then clicks "Find Hotels,"

13  Marriott room rates for each property for that time period are shown.

14      **Exhibit C:** A true and correct copy of the webpage found at

15  https://www.marriott.com/reservation/rateListMenu.mi?defaultTab=standard,

16  showing when a consumer clicks the "View Rates" box for the Marriott Marquis

17  San Diego Marina and is taken to this web page listing the rooms available at that

18  property for the selected dates and their corresponding rates.

19      **Exhibit D:** A true and correct copy of the webpage found at

20  https://www.marriott.com/reservation/reviewDetails.mi, showing when a consumer

21  wishes to reserve a "1 King Bed, City View, Room," for the above property and clicking

22  the "Select" box, he or she is taken to this web page entitled "Review Reservation

23  Details."

24

25

26

27

28

COZEN O'CONNOR
1299 OCEAN AVENUE, SUITE 900
SANTA MONICA, CA 90401

**EXHIBIT 4 - PAGE 622**

COZEN O'CONNOR
1299 OCEAN AVENUE, SUITE 900
SANTA MONICA, CA 90401

1   **Exhibit E:** A true and correct copy of the webpage found at
2   https://www.marriott.com/reservation/reviewDetails.mi, disclosing the two
3   components of the $80.65 "USD Taxes and fees" charge and when the consumer
4   clicks on "Summary of Charges," the dropdown box revealing that the $80.65
5   comprises a "Destination Amenity Fee," i.e., resort fee, of $30.00 and "[e]stimated
6   government taxes and fees" of $50.65 for the above reference property.

7   **Exhibit F:** A true and correct copy of the webpage found at
8   https://www.marriott.com/reservation/guestInfo.mi, when a consumer clicks the
9   "Continue" box on the previous website, he or she then would be taken to this
10  webpage requiring him or her to provide his or her name, address, and payment
11  information. Once the consumer does so, he or she would click the "Book Now" box
12  to make the reservation.

13  **Exhibit G:** The November 12, 2012 Federal Trade Commission warning
14  letter, which is available at
15  https://www.ftc.gov/sites/default/files/attachments/press-releases/ftc-warns-hotel-
16  operators-price-quotes-exclude-resort-fees-other-mandatory-surcharges-may-
17  be/121128hoteloperatorsletter.pdf.

18      Based on the memorandum of points and authorities, Marriott respectfully
19  requests that the Court take judicial notice of these documents in considering its
20  Motion to Dismiss.

21  Dated:   January 10, 2020        COZEN O'CONNOR

22                                  By:/s/ Amy B. Alderfer
23                                      Amy B. Alderfer
                                        Brett N. Taylor
24                                      Milton A. Marquis (*Pro Hac Vice*
                                        Pending)
25                                      Paul Leary (To Apply *Pro Hac Vice*)
26                                      Bryan L. Mosca (*Pro Hac Vice*)
                                        Attorneys for Defendant
27                                      Marriott International, Inc.
28

## MEMORANDUM OF POINTS AND AUTHORITIES

Pursuant to Federal Rule of Evidence 201, Defendant Marriott International, Inc. ("Defendant") requests that, in connection with its consideration of Defendant's motion to dismiss Plaintiff's First Amended Complaint, the Court take judicial notice of the documents and matters listed in this Request for Judicial Notice, Exhibits A through G.

Under Federal Rule of Evidence 201, a fact is judicially noticeable when it is capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. Documents not physically attached to the complaint may be considered by the Court on a Rule 12(b)(6) motion if the complaint refers to such document, the document is central to the plaintiff's claims, and there is no question concerning the authenticity of the document. *Branch v. Tunnell*, 14 F.3d 449, 454 (9th Cir. 1994), *overruled on other grounds by Galbraith v. County of Santa Clara*, 307 F.3d 1119, 1121 (9th Cir. 2002). The Court may consider writings not attached to a complaint even if a plaintiff omits reference to such writings when the plaintiff's claims are predicated on such documents. *Parrino v. FHP, Inc.*, 146 F.3d 699, 705-06 (9th Cir. 1998), *superseded by statute on other grounds*.

The Court's consideration of the attached documents does not convert Defendant's motion to dismiss into a motion for summary judgment. *Branch v. Tunnell*, 14 F.3d 449 at 454; Schwarzer, Tashima & Wagstaffe, *Federal Civil Procedure Before Trial* (2005), 9:212.1b.

The conditions for considering the attached documents are met here. There is no question concerning the authenticity of Exhibits A through G. Additionally, multiple portions of Defendant's website are referenced throughout the Complaint, as well as the FTC Warning Letter.

COZEN O'CONNOR
1299 OCEAN AVENUE, SUITE 900
SANTA MONICA, CA 90401

**EXHIBIT 4 - PAGE 624**

1    Accordingly, Defendant respectfully requests that the Court take judicial

2   notice of the attached Exhibits A through G, in considering Defendant's Motion to

3   Dismiss the First Amended Complaint.

4   Dated:    January 10, 2020                    COZEN O'CONNOR

5                                                 By:*/s/ Amy B. Alderfer*

6                                                    Amy B. Alderfer
                                                     Brett N. Taylor
7                                                    Milton A. Marquis (*Pro Hac Vice*
                                                     Pending)
8                                                    Paul Leary (To Apply *Pro Hac Vice*)
9                                                    Bryan L. Mosca (*Pro Hac Vice*)
                                                     Attorneys for Defendant
10                                                   Marriott International, Inc.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT 4 - PAGE 625**

# TABLE OF CONTENTS – EXHIBITS

| Exhibit | Description | Page |
|---------|-------------|------|
| A | Webpage found at https://www.marriott.com/search/default.mi, typing in "San Diego" and "Nov. 4 to Nov. 5" for the "Find Hotels" page. | 7-8 |
| B | Webpage found at https://www.marriott.com/search/findHotels.mi, which shows when a consumer types in, "San Diego" and "Nov. 4 to Nov. 5" and then clicks "Find Hotels," Marriott room rates for each property for that time period are shown. | 9-24 |
| C | Webpage found at https://www.marriott.com/reservation/rateListMenu.mi?defaultTab=standard, showing when a consumer clicks the "View Rates" box for the Marriott Marquis San Diego Marina and is taken to this web page listing the rooms available at that property for the selected dates and their corresponding rates. | 25-33 |
| D | Webpage found at https://www.marriott.com/reservation/reviewDetails.mi, showing when a consumer wishes to reserve a "1 King Bed, City View, Room," for the above property and clicking the "Select" box, he or she is taken to this web page entitled "Review Reservation Details." | 34-35 |
| E | Webpage found at https://www.marriott.com/reservation/reviewDetails.mi, disclosing the two components of the $80.65 "USD Taxes and fees" charge and when the consumer clicks on "Summary of Charges," the dropdown box revealing that the $80.65 comprises a "Destination Amenity Fee," i.e., resort fee, of $30.00 and "[e]stimated government taxes and fees" of $50.65 for the above reference property. | 36-39 |
| F | Webpage found at https://www.marriott.com/reservation/guestInfo.mi, when a consumer clicks the "Continue" box on the previous website, he or she then would be taken to this webpage requiring him or her to provide his or her name, address, and payment information. Once the consumer does so, he or she would click the "Book Now" box to make the reservation. | 40-44 |
| G | The November 12, 2012 Federal Trade Commission warning letter, which is available at https://www.ftc.gov/sites/default/files/attachments/press-releases/ftc-warns-hotel-operators-price-quotes-exclude-resort-fees-other-mandatory-surcharges-may-be/121128hoteloperatorsletter.pdf. | 45-47 |

COZEN O'CONNOR
1299 OCEAN AVENUE, SUITE 900
SANTA MONICA, CA 90401

REQUEST FOR JUDICIAL NOTICE

CASE NO.: 3:19-CV-01715-H-AHG

**EXHIBIT 4 - PAGE 626**

# EXHIBIT A

# Find A Hotel

**Hotel**   Meetings & Events

**Looking for Vacation Packages?**
**ROOM + FLIGHT** ⧉   |   **ROOM + CAR** ⧉

Destination

| San Diego, CA, USA |

Dates                                                                                    1 NIGHT

| ‹ | Mon, Nov 4 | › | ‹ | Tue, Nov 5 | › |

Rooms & Guests

| 1 Room: 1 Adult/Room | ⌄ |

Special Rates

| None | ⌄ |

Brands

| All Brands | ⌄ |

☐ Use Points/Certificates

| FIND HOTELS |

## Hotel Keyword Search

Keyword

EXHIBIT A
8

**EXHIBIT 4 - PAGE 628**

# EXHIBIT B

**EXHIBIT 4 - PAGE 629**

 

Case 3:19-cv-01715-H-AHG Document 149-7 Filed 04/15/22 PageID.4065 Page 11 of 48

Stay Dates (1 NIGHT)
Mon, Nov 4 - Tue, Nov 5

EDIT

---

NOW INTRODUCING 30 UNIQUE BRANDS!

---

📍 **Map**   Currency: Default       🔽 Sort & Filter

---

Showing **1 - 40** of **63** hotels



### THE US GRANT, a Luxury Collection Hotel, San Diego

326 Broadway San Diego, California 92101

0.0 miles   from destination      ⭕⭕⭕⭕⭕   4.3  917 Reviews    **Category 6**

---

Sold Out                      📅 Dates Flexible? ❯

**View availability**



### The Westin San Diego Gaslamp Quarter

910 Broadway Circle San Diego, California 92101

0.1 miles   from destination      ⭕⭕⭕⭕⭕   4  728 Reviews    **Category 6**

---

Sold Out                      📅 Dates Flexible? ❯

**View availability**



EXHIBIT B
10



## Courtyard San Diego Downtown

530 Broadway San Diego, California 92101

0.1 miles  from destination          ○○○○○  4.5  1050 Reviews      **Category 5**

From **202**
USD / night

VIEW RATES



## Moxy San Diego Downtown/Gaslamp Quarter

831 6th Avenue San Diego, California 92101

0.2 miles  from destination          ○○○○○  4.4  148 Reviews      **Category 5**

From **246**
USD / night

VIEW RATES



## Marriott Vacation Club Pulse, San Diego

701 A Street San Diego, California 92101

0.3 miles  from destination      **Category 6**

From **205**
USD / night

VIEW RATES



EXHIBIT B



## The Westin San Diego

400 West Broadway San Diego, California 92101

0.3 miles from destination          ○○○○○  3.9  816 Reviews     **Category 6**

From **399**
USD / night

VIEW RATES



## TownePlace Suites San Diego Downtown

1445 Sixth Avenue San Diego, California 92101

0.4 miles from destination          ○○○○○  4.4  188 Reviews     **Category 5**

From **140**
USD / night

VIEW RATES



## Hotel Republic San Diego, Autograph Collection

421 West B Street San Diego, California 92101

0.4 miles from destination          ○○○○○  4.4  339 Reviews     **Category 6**

From **241**
USD / night

VIEW RATES

EXHIBIT B
12



**NEW HOTEL**

### The Guild Hotel, San Diego, a Tribute Portfolio Hotel

500 West Broadway San Diego, California 92101

0.4 miles from destination          ○○○○○  4.1  51 Reviews     **Category 6**

From **348**
USD / night

VIEW RATES



### Courtyard San Diego Gaslamp/Convention Center

453 6th Avenue San Diego, California 92101

0.4 miles from destination          ○○○○○  4.3  316 Reviews     **Category 5**

From **352**
USD / night

VIEW RATES



### Residence Inn San Diego Downtown/Gaslamp Quarter

356 6th Avenue San Diego, California 92101

0.5 miles from destination          ○○○○○  4.4  763 Reviews     **Category 5**

EXHIBIT B
13

From **293**
USD / night

VIEW RATES



### Four Points by Sheraton San Diego Downtown Little Italy

1617 1st Avenue San Diego, California 92101

0.5 miles from destination ○○○○○ 3.9 396 Reviews **Category 4**

From **158**
USD / night

VIEW RATES



### Marriott Marquis San Diego Marina

333 West Harbor Drive San Diego, California 92101

0.5 miles from destination ○○○○○ 4.5 3493 Reviews **Category 6**

From **420**
USD / night

VIEW RATES



### San Diego Marriott Gaslamp Quarter

660 K Street San Diego, California 92101

0.5 miles from destination    ○○○○○ 4.3  895 Reviews    **Category 6**

From**509**
USD / night

VIEW RATES



## Residence Inn San Diego Downtown/Bayfront

900 Bayfront Court San Diego, California 92101

0.6 miles from destination    ○○○○○ 4.6  504 Reviews    **Category 6**

From**381**
USD / night

VIEW RATES



## SpringHill Suites San Diego Downtown/Bayfront

900 Bayfront Court San Diego, California 92101

0.6 miles from destination    ○○○○○ 4.5  1067 Reviews    **Category 6**

From**336**
USD / night

VIEW RATES



Case 3:19-cv-01715-H-AHG Document 18-2 Filed 01/10/20 PageID.296 Page 16 of 17



## Residence Inn San Diego Downtown

1747 Pacific Highway San Diego, California 92101

0.8 miles from destination ⬭⬭⬭⬭⬭ 4.5 483 Reviews **Category 5**

From **191**
USD / night

VIEW RATES



REDESIGNED MARRIOTT

## Coronado Island Marriott Resort & Spa

2000 Second Street Coronado, California 92118

1.5 miles from destination ⬭⬭⬭⬭⬭ 4.4 1192 Reviews **Category 6**

From **266**
USD / night

VIEW RATES



## Sheraton San Diego Hotel & Marina

1380 Harbor Island Drive San Diego, California 92101

2.3 miles from destination ⬭⬭⬭⬭⬭ 3.7 2684 Reviews **Category 5**

From **293**
USD / night

VIEW RATES

NEW LOBBY

EXHIBIT B
16



## Fairfield Inn & Suites San Diego Old Town

3900 Old Town Avenue San Diego, California 92110

2.9 miles from destination          ○○○○○  4.3 684 Reviews   **Category 5**

From **124**
USD / night

VIEW RATES



**NEW HOTEL**

## TownePlace Suites San Diego Airport/Liberty Station

2311 Lee Court San Diego, California 92101

3.1 miles from destination          ○○○○○  4.7 35 Reviews   **Category 4**

From **132**
USD / night

VIEW RATES



## Courtyard San Diego Old Town

2435 Jefferson Street San Diego, California 92110

3.1 miles from destination          ○○○○○  4.3 847 Reviews   **Category 5**

EXHIBIT B
17

From
**141**
USD / night

VIEW RATES



## Courtyard San Diego Mission Valley/Hotel Circle

595 Hotel Circle South San Diego, California 92108

3.1 miles from destination

○○○○○ 4 1025 Reviews **Category 5**

From
**146**
USD / night

VIEW RATES



## Residence Inn San Diego Mission Valley

1865 Hotel Circle South San Diego, California 92108

3.2 miles from destination

○○○○○ 4.3 620 Reviews **Category 5**

From
**137**
USD / night

VIEW RATES



## Courtyard San Diego Airport/Liberty Station

EXHIBIT B
18

2592 Laning Road San Diego, California 92106

3.4 miles from destination      4.5 917 Reviews    **Category 5**

From **203**
USD / night

VIEW RATES



## Sheraton Mission Valley San Diego Hotel

1433 Camino Del Rio South San Diego, California 92108

3.5 miles from destination      3.7 777 Reviews    **Category 4**

From **106**
USD / night

VIEW RATES



## Four Points by Sheraton San Diego - SeaWorld

3888 Greenwood Street San Diego, California 92110

3.8 miles from destination      3.5 329 Reviews    **Category 4**

From **108**
USD / night

VIEW RATES



EXHIBIT B
19



## SpringHill Suites San Diego Mission Valley

2401 Camino Del Rio North San Diego, California 92108

4.1 miles from destination    ○○○○○  4.6  543 Reviews    **Category 5**

From **156**
USD / night

<div style="border:1px solid #000">VIEW RATES</div>



## San Diego Marriott Mission Valley

8757 Rio San Diego Drive San Diego, California 92108

4.3 miles from destination    ○○○○○  4.2  921 Reviews    **Category 5**

From **156**
USD / night

<div style="border:1px solid #000">VIEW RATES</div>



## Four Points by Sheraton San Diego

8110 Aero Drive San Diego, California 92123

6.5 miles from destination    ○○○○○  3.3  929 Reviews    **Category 4**

From **120**
USD / night

<div style="border:1px solid #000">VIEW RATES</div>

EXHIBIT B
20



## TownePlace Suites San Diego Central

8650 Tech Way San Diego, California 92123

7.6 miles from destination     ○○○○○   4.3   59 Reviews    **Category 3**

From **175**
USD / night

VIEW RATES



## Courtyard San Diego Central

8651 Spectrum Center Blvd San Diego, California 92123

8.8 miles from destination     ○○○○○   4.2   754 Reviews    **Category 4**

From **116**
USD / night

VIEW RATES



## Residence Inn San Diego Central

5400 Kearny Mesa Road San Diego, California 92111

9.3 miles from destination     ○○○○○   4.4   447 Reviews    **Category 4**

EXHIBIT B
21

From **158**
USD / night

VIEW RATES



## Pier South Resort, Autograph Collection

800 Seacoast Drive San Diego, California 91932

9.4 miles from destination          ○○○○○  4.4  771 Reviews    **Category 6**

From **234**
USD / night

VIEW RATES



## Sheraton La Jolla Hotel

3299 Holiday Court La Jolla, California 92037

11.5 miles from destination         ○○○○○  3.7  533 Reviews    **Category 5**

From **195**
USD / night

VIEW RATES



## San Diego Marriott La Jolla

EXHIBIT B
22

4240 La Jolla Village Drive La Jolla, California 92037

11.6 miles from destination    ○○○○○ 4.2  802 Reviews    **Category 5**

From **293**
USD / night

VIEW RATES



### Residence Inn San Diego La Jolla

8901 Gilman Drive La Jolla, California 92037

11.9 miles from destination    ○○○○○ 4.2  765 Reviews    **Category 5**

From **149**
USD / night

VIEW RATES



### Residence Inn San Diego Chula Vista

2005 Centerpark Road Chula Vista, California 91915

12.7 miles from destination    ○○○○○ 4.7  318 Reviews    **Category 4**

From **161**
USD / night

VIEW RATES



EXHIBIT B
23

**EXHIBIT 4 – PAGE 643**

## Courtyard San Diego El Cajon

141 North Magnolia Avenue El Cajon, California 92020

12.8 miles from destination

○○○○○  4.7  342 Reviews  **Category 4**

From **136**
USD / night

VIEW RATES



## Residence Inn San Diego Sorrento Mesa/Sorrento Valley

5995 Pacific Mesa Court San Diego, California 92121

13.0 miles from destination

○○○○○  4.4  424 Reviews  **Category 4**

From **148**
USD / night

VIEW RATES

Showing 1 - 40  | 1 | 2 | >

**Follow Us**  f  ⬛  ✕  ⬛  ▶

© 1996 – 2019 ⚑ Marriott International, Inc. All rights reserved. Marriott Proprietary Information

Tracking Preferences ❯ • Terms of Use ❯ • Program Terms & Conditions ❯ • Privacy Center ❯
• Digital Accessibility ❯ • Site Map ❯ • Help ❯

🌐 English

prod9b,2F80D2E2-8B66-515E-92F4-11C028A398E6

# EXHIBIT C

EXHIBIT C
25

**EXHIBIT 4 - PAGE 645**



Dates
Mon, Nov 4 – Tue, Nov 5

EDIT

| Standard Rates | Deals and Packages |
|---|---|

Filter Your Results   **NEW**                                    >

ℹ **Please note** -USD 35 daily destination amenity fee will be added to room rate. Concierge lounge closed 12noon Friday to 5:30pm Sunday.



## 1 King Bed, City View, Room

ROOM DETAILS

### Member Rate 🏷️

Rate Details

# 420 USD / night

SELECT

EXHIBIT C
26

**EXHIBIT 4 - PAGE 646**

## Regular Rate

Rate Details

# 429 USD / night

SELECT



## 2 Double Beds, City View, Room

ROOM DETAILS

## Member Rate

Rate Details

# 440 USD / night

SELECT

## Regular Rate

Rate Details

# 449 USD / night

SELECT



EXHIBIT C
27

**EXHIBIT 4 - PAGE 647**



## 1 King Bed, Bay View, Room

**ROOM DETAILS**

### Member Rate 🏷️

Rate Details

**548** USD / night

SELECT

### Regular Rate

Rate Details

**559** USD / night

SELECT



EXHIBIT C
28

2 Rooms Left

## 2 Double Beds, Bay View, Room

ROOM DETAILS

---

### Member Rate 

Rate Details

**567** USD / night

SELECT

---

### Regular Rate

Rate Details

**579** USD / night

SELECT

---



1 Room Left

## 1 King Bed, City View, Balcony, Room

ROOM DETAILS

---

### Member Rate

Rate Details

**577** USD / night

SELECT

EXHIBIT C
29

**EXHIBIT 4 - PAGE 649**

### Regular Rate

Rate Details

## 589 USD / night

SELECT



1 Room Left

## 2 Double Beds, City View, Balcony, Room

ROOM DETAILS

### Member Rate

Rate Details

## 597 USD / night

SELECT

### Regular Rate

Rate Details

## 609 USD / night

SELECT



EXHIBIT C
30

Case 3:19-cv-01715-H-AHG   Document 18-2   Filed 01/10/20   PageID.251   Page 31 of 47



<div align="center">1 Room Left</div>

## 1 King Bed, Bay View, Executive Suite

SUITE DETAILS

---

### Member Rate 🏷️

Rate Details

**1,626** USD / night                                          SELECT

---

### Regular Rate

Rate Details

**1,659** USD / night                                          SELECT

---



EXHIBIT C
31

**EXHIBIT 4 - PAGE 651**

10/24/20
Case 3:19-cv-01715-JO-AHG   Document 143-7   Filed 04/15/22   PageID.4087   Page 33 of 48
Case 3:19-cv-01715-H-AHG   Document 18-2   Filed 01/10/20   PageID.252   Pages 2 of 47



# 1 Double Murphy Bed, Balcony, Hospitality Suite

**SUITE DETAILS**

---

## Member Rate 🏷

Rate Details

## **1,753** USD / night                                          SELECT

---

## Regular Rate

Rate Details

## **1,789** USD / night                                          SELECT

---

```
VIEW MORE ROOMS (5)
```

## Other Options

Hotels nearby

Vacation Packages - Room + Flight

## Phone Reservations

Marriott Reservations in the US and Canada: 1-888-236-2427
The Ritz-Carlton, US and Canada: 800-542-8680
Worldwide: **CALL YOUR RESERVATION CENTER**

Follow Us               

© 1996 – 2019 ⚜ Marriott International, Inc. All rights reserved. Marriott Proprietary Information

Tracking Preferences ›   •   Terms of Use ›   •   Program Terms & Conditions ›   •   Privacy Center ›
•   Digital Accessibility ›   •   Site Map ›   •   Help ›

🌐 English

EXHIBIT C
32

**EXHIBIT 4 - PAGE 652**

prod9b,2F80D2E2-8B66-515E-92F4-11C028A398E6

EXHIBIT C

33

**EXHIBIT 4 - PAGE 653**

# EXHIBIT D

**EXHIBIT 4 - PAGE 654**



**EXHIBIT 4 - PAGE 655**

# EXHIBIT E

**EXHIBIT 4 - PAGE 656**

Case 3:19-cv-01715-JO-AHG   Document 143-7   Filed 04/15/22   PageID.4092   Page 38 of 48
Case 3:19-cv-01715-H-AHG   Document 16-2   Filed 01/16/20   PageID.257   Page 38 of 47

🕐 **Room(s) held for: 08:54**

<div style="border:1px solid">CONTINUE</div>

🕐 **Reserve Your Room Before Time Runs Out!**

# Review Reservation Details



## 1 King Bed, City View, Room

**ROOM DETAILS**

**Check in:** Monday, November 4, 2019

**Check out:** Tuesday, November 5, 2019

**Room(s):** 1

**Guest(s) per room:** 1

**EDIT**

---

## Choose Room Features ❯

---

⌃ **Summary of Charges**

EXHIBIT E
37

**EXHIBIT 4 - PAGE 657**

10/24/20
Case 3:19-cv-01715-JO-AHG   Document 143-7   Filed 04/15/22   PageID.4093   Page 39 of 48
Case 3:19-cv-01715-H-AHC   Document 16-2   Filed 01/16/20   PageID.258   Page 38 of 47

⏱ **Room(s) held for: 08:54**

**CONTINUE**

RATE DETAILS

| 1 room(s) for 1 night(s) | Prices in USD |
|---|---|
| Monday, November 4, 2019 | 420.00 |

| | |
|---|---|
| Total cash rate | **420.00** |
| Destination Amenity Fee | 35.00 |
| Estimated government taxes and fees | 57.65 |

| | |
|---|---|
| **Total for stay in hotel's currency** | **512.65** USD |

### Additional Charges

On-site parking, fee: 9 USD hourly, 35 USD daily
Valet parking, fee: 50 USD daily
Changes in taxes or fees implemented after booking will affect the total room price.



**Get the Marriott Bonvoy Boundless™ Credit Card and receive a $250 statement credit after first purchase**

**LEARN MORE** ⧉

**512.65 USD**
Total Stay

**- 250.00 USD**
Statement Credit

**262.65 USD**
Total after statement credit*

* Total for stay and statement credit may post on separate statements.

# Hotel Cancellation Policy

**About this reservation:**

**Room(s) held for: 08:54**

LEARN MORE >

CONTINUE

CONTINUE

Follow Us

© 1996 – 2019  Marriott International, Inc. All rights reserved. Marriott Proprietary Information

Tracking Preferences  >   •   Terms of Use  >   •   Program Terms & Conditions  >   •   Privacy Center  >
•   Digital Accessibility  >   •   Site Map  >   •   Help  >

English

prod9b,2F80D2E2-8B66-515E-92F4-11C028A398E6

EXHIBIT E
39

**EXHIBIT 4 - PAGE 659**

# EXHIBIT F

**EXHIBIT 4 - PAGE 660**

10/24/20... Case 3:19-cv-01715-JO-AHG Document 48-7 Filed 04/15/22 PageID.4096 Page 42 of 48
Case 3:19-cv-01715-H-AHG Document 16-2 Filed 01/10/20 PageID.262 Page 41 of 47
Marriott.com/reservation/guestInfo.mi



🕐 **Reserve Your Room Before Time Runs Out!**

Stay Dates

Mon Nov 04 - Tue Nov 05

🕐 **Room(s) held for: 13:10**

Total for Stay

512.65 USD

**CHANGE**

# Add Guest Information

**SIGN IN FOR FASTER BOOKING**

We value your privacy. See our **Global Privacy Statement**.

All fields are required unless otherwise stated.

## Name

Title

(Optional)

First name

Last name

Email address

EXHIBIT F
41

**EXHIBIT 4 - PAGE 661**

Member Number (Optional)

☐ Send my reservation confirmation by SMS

Company name (Optional)

**Note: To be credited for this stay, the name on your Marriott Bonvoy account must match the guest name.**

## Address

Country/Region

USA

Address

City

State/Province

Select State

Zip code

10/24/20
Case 3:19-cv-01715-JO-AHG   Document 43-7   Filed 04/15/22   PageID.4098   Page 44 of 48
Case 3:19-cv-01715-H-AHG   Document 16-2   Filed 01/10/20   PageID.263   Page 43 of 47
Reservation Guest Information

**Are you a travel agent?**

☐ Yes, I am a travel agent or planner

---

# Select Payment Option

A valid form of payment must be presented at check-in

---

○ Pay using

**Free Wi-Fi + mobile check-in + our lowest member rates all the time**

☑ Instantly join Marriott Bonvoy and enjoy the perks with each stay.

Password

Confirm password

☑ Remember me (recommended for private computers only).

☑ I would like to receive account updates, program news and offers via email and direct mail.

☑ I would like to receive exclusive offers from select third parties.

By signing up, I agree to Marriott's **Terms of Use**, **Privacy Statement** and **Data Protection Clause**.

You may cancel your reservation for no charge before 11:59 PM local hotel time on November 1, 2019 (3 day[s] before arrival). Please note that we will assess a fee of 473.27 USD if you must cancel after this deadline.

**LEARN MORE** ›

BOOK NOW

## Phone Reservations

Marriott Reservations in the US and Canada: 1-888-236-2427
The Ritz-Carlton, US and Canada: 800-542-8680
Worldwide: **CALL YOUR RESERVATION CENTER**

EXHIBIT F
44

# EXHIBIT G

**EXHIBIT 4 - PAGE 665**



United States of America
**FEDERAL TRADE COMMISSION**
Washington, DC 20580

Division of Advertising Practices

November    , 2012

[Company Name]
[Attn: President or CEO]
[Address]

**WARNING LETTER**

Dear _____:

The Federal Trade Commission ("FTC") has investigated whether certain hotel operators are violating Section 5 of the Federal Trade Commission Act ("FTC Act"), 15 U.S.C.§ 45(a), by misrepresenting the hotel room reservation price quoted to consumers.

On May 21, 2012, the FTC held a conference on "drip pricing," defined broadly as a pricing technique in which firms advertise only part of a product's price and reveal other charges later as the customer goes through the buying process.  At the conference, FTC Chairman Jon Leibowitz asked consumers to share their drip pricing stories with the FTC.  One common complaint consumers raised involved mandatory fees hotels charge for amenities such as newspapers, use of onsite exercise or pool facilities, or internet access, sometimes referred to as "resort fees."  These mandatory fees can be as high as $30 per night, a sum that could certainly affect consumer purchasing decisions.

Specifically, consumers complained that they did not know that they would be required to pay resort fees in addition to the quoted hotel room rate.  Several stated that they only learned of the fees after they arrived at the hotel, long after making a reservation at what they believed to be the total room price.  Others paid for the reservation in advance, and only found out after they arrived at the hotel that they would have to pay additional mandatory fees.

FTC staff has reviewed a number of online hotel reservation sites, and has confirmed that some hotels exclude resort fees from the quoted reservation price.  Instead, the "total price" or "estimated price" quoted to consumers includes only the room rate and applicable taxes.  At some of these sites, the applicable resort fee is listed nearby, but separate from, the quoted price.  In others, the quoted price is accompanied by an asterisk that leads consumers to another location at the site – sometimes on the same page, sometimes not – where the applicable resort fee is disclosed, typically in fine print.  A few sites fail to identify applicable resort fees anywhere, and instead inform consumers that other undefined fees may apply.

These practices may violate the law by misrepresenting the price consumers can expect to pay for their hotel rooms.  We believe that online hotel reservation sites should include in the

EXHIBIT G
46

**EXHIBIT 4 - PAGE 666**

Attn: _____
Page 2

quoted total price any unavoidable and mandatory fees, such as resort fees, that consumers will be charged to stay at the hotel.  While a hotel reservation site may breakdown the components of the reservation estimate (e.g., room rate, estimated taxes, and any mandatory, unavoidable fees), the most prominent figure for consumers should be the total inclusive estimate.

We reviewed your website at _____ and found that in at least some instances mandatory resort fees are not included in the reservation rate quoted to consumers.  We strongly encourage you to review your company's website to ensure you are not misrepresenting the total price consumers can expect to pay when making a reservation to stay in your hotel.  Please be advised that the FTC may take action to enforce and seek redress for any violations of the FTC Act as the public interest may require.

Thank you for your attention to this matter.  Please direct any inquiries concerning this letter to Annette Soberats at asoberats@ftc.gov or at 202-326-2921.

Very truly yours,


Mary K. Engle
Associate Director for Advertising Practices


EXHIBIT G
47

**EXHIBIT 4 - PAGE 667**