Brett N. Taylor (SBN 274400)
btaylor@cozen.com
COZEN O'CONNOR
601 South Figueroa Street, Suite 3700
Los Angeles, CA 90017
Tel.: 213-892-7941; Fax: 213-784-9067

Paul Leary (PA Bar No. 85402)
(Admitted Pro Hac Vice)
pleary@cozen.com
COZEN O'CONNOR
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Tel.: 215-665-2000; Fax: 215-665-2013

Chad E. Kurtz (DC Bar No. 1016934)
ckurtz@cozen.com
(Admitted Pro Hac Vice)
COZEN O'CONNOR
1200 19th Street NW, Suite 300
Washington, DC 20036
Tel.: 202-463-2521; Fax: 202-640-5939

Attorneys for Defendant
Marriott International, Inc.

**UNITED STATES DISTRICT COURT FOR THE**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TODD HALL, KEVIN BRANCA, and GEORGE ABDELSAYED, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MARRIOTT INTERNATIONAL, INC., a Delaware corporation,<br><br>Defendant. | Case No.: 3:19-cv-01715-JO-AHG<br>Hon. Judge Jinsook Ohta<br><br>**DECLARATION OF BRETT N. TAYLOR IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, TO APPOINT CLASS REPRESENTATIVES, AND TO APPOINT CLASS COUNSEL**<br><br>Date: September 21, 2022<br>Time: 9:30 A.M.<br>Courtroom: 4C<br>Judge: Hon. Jinsook Ohta |

# DECLARATION OF BRETT N. TAYLOR

I, Brett N. Taylor, am an attorney with Cozen O'Connor, counsel of record for Defendant Marriott International, Inc. ("Marriott") in this action. I make this Declaration in support of Defendant Marriott's Opposition to Plaintiffs' Motion for Class Certification, To Appoint Class Representatives, and to Appoint Class Counsel. I have personal knowledge of the matters set forth herein and, if called as a witness, could competently testify to them.

1. Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the January 14, 2022 deposition of Jesse Heineken.

2. Attached hereto as **Exhibit B** is a true and correct copy of excerpts from the July 9, 2021 deposition of Todd Hall.

3. Attached hereto as **Exhibit C** is a true and correct copy of excerpts from the January 12, 2022 and January 25, 2022 depositions of George Abdelsayed.

4. Attached hereto as **Exhibit D** is a true and correct copy of excerpts from the October 18, 2021 deposition of Julie Drassinower.

5. Attached hereto as **Exhibit E** is a true and correct copy of Plaintiff Julie Drassinower's Objections and Responses to Defendant's Interrogatories, dated April 12, 2021.

6. Attached hereto as **Exhibit F** is a true and correct copy of excerpts from the September 8, 2021 deposition of Kevin Branca.

7. Attached hereto as **Exhibit G** is a true and correct copy of excerpts from the December 15, 2021 deposition of Scott McCoy.

8. Attached hereto as **Exhibit H** is a true and correct copy of excerpts from the June 16, 2022 deposition of Charlene Podlipna.

9. Attached hereto as **Exhibit I** is a true and correct copy of excerpts from the September 8, 2021 deposition of Dr. J. Michael Dennis.

10. Attached hereto as **Exhibit J** is a true and correct copy of the expert report of Dr. Ronald T. Wilcox, dated July 15, 2022.

11. Attached as **Exhibit K** is a true and correct copy of Marriott records related to reservations made by Ronald Marron and Robert Teel, showing their stays at Marriott properties charging a resort fee.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 15th day of July, 2022, at Los Angeles, California.

                                         */s/ Brett N. Taylor*
                                         BRETT N. TAYLOR

COZEN O'CONNOR
601 S. FIGUEROA STREET, SUITE 3700
LOS ANGELES, CA 90017

3
DECLARATION OF BRETT N. TAYLOR IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, TO APPOINT CLASS REPRESENTATIVES, AND TO APPOINT CLASS COUNSEL