**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
MICHAEL T. HOUCHIN (SBN 305541)
*mike@consumersadvocates.com*
LILACH HALPERIN (SBN 323202)
*lilach@consumersadvocates.com*
651 Arroyo Drive
San Diego, CA 92103
Tel: (619) 696-9006
Fax: (619) 564-6665

**BURSOR & FISHER, P.A.**
L Timothy Fisher (SBN 191626)
Sean Litteral (SBN 331985)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
          slitteral@bursor.com

**LAW OFFICE OF ROBERT L. TEEL**
ROBERT L. TEEL (SBN 127081)
*lawoffice@rlteel.com*
1425 Broadway, Mail Code: 20-6690
Seattle, Washington 98122
Tel: (866) 833-5529
Fax: (855) 609-6911

*Interim Class Counsel*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD HALL, KEVIN BRANCA, and GEORGE ABDELSAYED individually and on behalf of all others similarly situated,<br><br>            *Plaintiffs*,<br><br>v.<br><br>MARRIOTT INTERNATIONAL, INC., a Delaware corporation;<br><br>            *Defendant*. | Case No. 3:19-cv-01715-JO-AHG<br><br>**DECLARATION OF RONALD A. MARRON IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION, TO APPOINT CLASS REPRESENTATIVES, AND APPOINT CLASS COUNSEL**<br><br>Date:   September 21, 2022<br>Time:   9:30 a.m.<br>Ctrm:  4C<br>Judge: Hon. Jinsook Ohta<br><br>**SPECIAL BRIEFING SCHEDULE ORDERED [Dkt. No. 138]** |

| | |
|---|---|
| 1 | I, Ronald A. Marron, hereby declare as follows: |
| 2 | 1. I am a member in good standing of the State Bar of California and the |
| 3 | United States District Court for the Southern District of California. I represent |
| 4 | Plaintiffs Todd Hall and George Abdelsayed ("Plaintiffs") in the above-captioned |
| 5 | action. I submit this declaration in support of Plaintiffs' Reply in Support of Motion |
| 6 | for Class Certification, to Appoint Class Representatives, and to Appoint Class |
| 7 | Counsel. I make this Declaration based on my personal knowledge, and if called to |
| 8 | testify, I could and would competently testify to the matters contained herein. |
| 9 | 2. Attached hereto as **Exhibit 1** is a true and correct copy of a web flow |
| 10 | for the San Diego Marriott Marquis on the Marriott website. This document was |
| 11 | produced by Marriott, bates labeled as MAR00081-MAR000103, and marked as |
| 12 | Exhibit 14 during the deposition of Jeffrey Wolff taken in this action. |
| 13 | 3. Attached hereto as **Exhibit 2** is a true and correct copy of a web flow |
| 14 | for the San Diego Marriott Marquis on the Marriott website with a toggle switch. |
| 15 | This document was produced by Marriott, bates labeled as MAR00104- |
| 16 | MAR000126, and marked as Exhibit 15 during the deposition of Jeffrey Wolff taken |
| 17 | in this action. |
| 18 | |
| 19 | I declare under penalty of perjury of the laws of the United States that the |
| 20 | foregoing is true and correct. |
| 21 | |
| 22 | Executed on this 5th day of August, 2022 at San Diego, California. |
| 23 | |
| 24 | /s/ Ronald A. Marron |
| 25 | Ronald A. Marron |

-1-

*Hall v. Marriott International, Inc.*, Case No. 3:19-cv-01715-JO-AHG
DECLARATION OF RONALD A. MARRON IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION, TO APPOINT CLASS REPRESENTATIVES, AND TO APPOINT CLASS COUNSEL