# <u>**EXHIBIT 1**</u>



**COVID-19 Updates:** Learn about our commitment to cleanliness and our extended cancellation policies.

MARRIOTT BONVOY

English | Help | My Trips | Sign In or Join

Find & Reserve | Special Offers | Vacations | Our Brands | Our Credit Cards | About Marriott Bonvoy

EXHIBIT
14
exhibitsticker.com

MARRIOTT BONVOY

ESCAPES

# SAVE UP TO 25%

Find your next weekend getaway at participating hotels and resorts when you book by Sunday.

BOOK NOW

Marriott Marquis San Diego Marina, West ...

< Thu, Dec 17 > < Fri, Dec 18 >

FIND HOTELS

Rooms & Guests

1 Room: 1 Adult/Room

Special Rates

None

Use Points / Certificates

## Travel with Peace of Mind

Best Rate Guarantee | Flexible Cancellation | Commitment to Clean | Contactless Services

## Explore Destinations Near You

MARRIOTT BONVOY

Marriott Bonvoy™ Member Rates. Our lowest rates. All the time.

SIGN IN | JOIN NOW

## This Week's Top Offers



**Earn 75,000 bonus points**

LEARN MORE



**Gift adventure: Use points for an Annual Park Pass**

LEARN MORE



**Support relief efforts for COVID-19**

DONATE POINTS



**Subscribe & Earn a $100 Gift Card**

SHOP NOW



**When it's time for you, we'll be ready**

LET'S GO THERE



**Take 10% off — book the best home rentals for 2021**

FIND A HOME

VIEW ALL OFFERS



**Unlock your stay with the Marriott Bonvoy™ App**

LEARN MORE



| MARRIOTT BONVOY | | | |
|---|---|---|---|
| LUXURY | EDITION · THE RITZ-CARLTON · THE LUXURY COLLECTION · ST. REGIS · W HOTELS · JW MARRIOTT | | |
| PREMIUM | MARRIOTT · SHERATON · MARRIOTT VACATION CLUB · DELTA · WESTIN · LE MÉRIDIEN · RENAISSANCE HOTELS · AUTOGRAPH COLLECTION HOTELS · TRIBUTE PORTFOLIO · DESIGN HOTELS · GAYLORD HOTELS | | |
| SELECT | COURTYARD · FOUR POINTS · SPRINGHILL SUITES · Fairfield · PROTEA HOTELS · AC HOTELS · ALOFT · MOXY | | |
| LONGER STAYS | HOMES & VILLAS · Residence INN · TOWNEPLACE SUITES · Marriott · element | | |

**Marriott Bonvoy**

Marriott Bonvoy Overview

**Meetings & Events**

Meetings & Events Overview

**Deals & Packages**

Deals

MAR00082



Member Benefits

Earn Points ›

Redeem Points ›

Marriott Bonvoy Credit Card ›

Marriott Insiders ›

Business Meetings ›

Weddings ›

Social Events ›

Group Travel ›

Browse Flight Packages ›

Cars, Tours, Activities ›

All-Inclusive Resorts & Vacations ›

Marriott Vacation Club Offers ›

Travel Experiences ›

The Ritz-Carlton Yacht Collection ›

Resorts ›

Marriott Bonvoy Traveler ›

Top Destinations

For Guests

Our Company

Follow Us

© 1996 – 2020 Marriott International, Inc. All rights reserved. Marriott Proprietary Information

English

Tracking Preferences ›   •   Terms of Use ›   •   Program Terms & Conditions ›   •   Privacy Center ›   •   Do Not Sell My Personal Information ›   •   Digital Accessibility ›   •   Site Map ›   •   Help ›

pred10,765DA225-163D-5DA5-A141-F6AAE0DFDA0A

MAR00083

MARRIOTT
BONV⊙Y°

Covid-19   Help   English   Trips   👤 Sign In or Join

| Destination | Stay Dates (1 NIGHT) | Rooms & Guests | |
|---|---|---|---|
| 333 W Harbor Dr, San Diego, CA 9210... | Thu, Dec 17, 2020 - Fri, Dec 18, 2020 | 1 Room: 1 Adult /Room | **EDIT** |

📍 Map View   Currency: Default ⌄   Sort by: Distance ⌄          **30 UNIQUE BRANDS**   Filter by: Brand ⌄   Price ⌄   🔻 All Filters

Try these filters:   Fitness center (57)   Free breakfast (20)   Kitchen (18)   Pool (49)   Restaurant on-site (37)

Showing 1 - 40 of 59 hotels                 ☐ Show rates with taxes and all fees   ☑ Show available hotels only

---

### Marriott Marquis San Diego Marina
333 West Harbor Drive San Diego, California 92101
`0.1 miles` from destination | ●●●●○ 4.5 3749 Reviews | **Category 6**
San Diego waterfront hotel with stunning views, outdoor pools, gym, spa and flexible event venues

Ⓜ
MARRIOTT

From **149** USD / night          **VIEW RATES**

---

### Residence Inn San Diego Downtown/Gaslamp Quarter
356 6th Avenue San Diego, California 92101
`0.4 miles` from destination | ●●●●○ 4.4 833 Reviews | **Category 5**
Hotel located in the Gaslamp Quarter, heart of San Diego Downtown.

Residence INN
BY MARRIOTT

From **136** USD / night          **VIEW RATES**

---

### Courtyard San Diego Gaslamp/Convention Center
453 6th Avenue San Diego, California 92101
`0.4 miles` from destination | ●●●●○ 4.3 361 Reviews | **Category 5**
Unrivaled Boutique Comforts & Convenience At One Of The Best Gaslamp Hotels

COURTYARD
BY MARRIOTT

From **107** USD / night          **VIEW RATES**

---

### San Diego Marriott Gaslamp Quarter
660 K Street San Diego, California 92101
`0.4 miles` from destination | ●●●●○ 4.2 962 Reviews | **Category 6**
Gaslamp hotel in the heart of San Diego entertainment district. Home of ALTITUDE SKY LOUNGE®

Ⓜ
MARRIOTT

From **126** USD / night          **VIEW RATES**

---

### The Westin San Diego Downtown
400 West Broadway San Diego, California 92101
`0.5 miles` from destination | ●●●●○ 3.9 880 Reviews | **Category 5**
Upscale hotel in Downtown San Diego near the Gaslamp Quarter offering airport shuttle service.

WESTIN

From **116** USD / night          **VIEW RATES**

---

### The Westin San Diego Gaslamp Quarter
910 Broadway Circle San Diego, California 92101
`0.5 miles` from destination | ●●●●○ 4.1 816 Reviews | **Category 5**
Newly renovated hotel with rooftop pool and sun deck, surrounded by Downtown's best attractions

NEW LOBBY

WESTIN

MAR00084

From **126** USD / night   VIEW RATES



### Moxy San Diego Downtown/Gaslamp Quarter
831 6th Avenue San Diego, California 92101

0.5 miles from destination | ●●●●○ 4.4 201 Reviews | Category 5

Play on in San Diego at this trendy hotel with check-in at the bar, small but smart rooms & more.



From **97** USD / night   VIEW RATES



### The Guild Hotel, San Diego, a Tribute Portfolio Hotel
500 West Broadway San Diego, California 92101

0.5 miles from destination | ●●●●○ 4.2 85 Reviews | Category 6

New luxury hotel with historic elements, sophisticated dining and unique venues by Little Italy.

TRIBUTE PORTFOLIO

From **126** USD / night   VIEW RATES



### THE US GRANT, a Luxury Collection Hotel, San Diego
326 Broadway San Diego, California 92101

0.5 miles from destination | ●●●●○ 4.3 1010 Reviews | Category 6

Landmark five-star hotel offering luxury accommodations and amenities in downtown San Diego

THE LUXURY COLLECTION

From **205** USD / night   VIEW RATES



### Courtyard San Diego Downtown
530 Broadway San Diego, California 92101

0.6 miles from destination | ●●●●○ 4.5 1106 Reviews | Category 5

Historic hotel with free Wi-Fi, memorable event venues and convenient location near Gaslamp Quarter.

COURTYARD BY MARRIOTT

From **111** USD / night   VIEW RATES



### Hotel Republic San Diego, Autograph Collection
421 West B Street San Diego, California 92101

0.6 miles from destination | ●●●●○ 4.4 397 Reviews | Category 5

Luxury hotel in downtown San Diego with stylish restaurants, event space and contemporary rooms

AUTOGRAPH COLLECTION HOTELS

From **117** USD / night   VIEW RATES



### SpringHill Suites San Diego Downtown/Bayfront
900 Bayfront Court San Diego, California 92101

0.7 miles from destination | ●●●●○ 4.5 1161 Reviews | Category 6

Stay in style while you explore sunny San Diego's world-famous attractions.

SPRINGHILL SUITES BY MARRIOTT

From **166** USD / night   VIEW RATES



### Residence Inn San Diego Downtown/Bayfront
900 Bayfront Court San Diego, California 92101

0.7 miles from destination | ●●●●○ 4.6 536 Reviews | Category 6

A modern all-suite hotel with full kitchens, free Wi-Fi and views of San Diego and the waterfront.

Residence INN BY MARRIOTT

MAR00085

From **185** USD / night   VIEW RATES



**TownePlace Suites San Diego Downtown**
1445 Sixth Avenue San Diego, California 92101
0.9 miles from destination   ●●●●○ 4.4 223 Reviews   Category 5
Reach attractions such as the Gaslamp Quarter and San Diego Zoo within ten minutes of our hotel.

TOWNEPLACE SUITES BY MARRIOTT

From **107** USD / night   VIEW RATES



**Coronado Island Marriott Resort & Spa**
2000 Second Street Coronado, California 92118
0.9 miles from destination   ●●●●○ 4.4 1255 Reviews   Category 6
Resort on Coronado Island with a spa, outdoor pools, a wellness center, dining and event venues.

 MARRIOTT

From **185** USD / night   VIEW RATES



**Four Points by Sheraton San Diego Downtown Little Italy**
1617 1st Avenue San Diego, California 92101
1.0 miles from destination   ●●●●○ 3.9 437 Reviews   Category 5
Downtown hotel with views. Easily access all San Diego attractions including Little Italy and The G

 FOUR POINTS BY SHERATON

From **107** USD / night   VIEW RATES



**Residence Inn San Diego Downtown**
1747 Pacific Highway San Diego, California 92101
1.1 miles from destination   ●●●●● 4.5 510 Reviews   Category 5
Mission Bay San Diego hotel near the Gaslamp Quarter & San Diego Airport

Residence INN BY MARRIOTT

From **156** USD / night   VIEW RATES



**Sheraton San Diego Hotel & Marina**
1380 Harbor Island Drive San Diego, California 92101
2.3 miles from destination   ●●●○○ 3.7 2908 Reviews   Category 5
Closest hotel to SAN airport, free shuttle, waterfront location, guestrooms with marina and bayviews

 SHERATON

From **123** USD / night   VIEW RATES



**TownePlace Suites San Diego Airport/Liberty Station**
2311 Lee Court San Diego, California 92101
3.1 miles from destination   ●●●●○ 4.7 132 Reviews   Category 4
Our brand-new, Navy-inspired hotel offers a free breakfast and suites with full kitchens.

TOWNEPLACE SUITES BY MARRIOTT

From **126** USD / night   VIEW RATES



**Fairfield Inn & Suites San Diego Old Town**
3900 Old Town Avenue San Diego, California 92110
3.2 miles from destination   ●●●●○ 4.3 728 Reviews   Category 5
Located in historic Old Town with restaurants & shopping. Close to all of SD's famous attractions.

 Fairfield BY MARRIOTT

MAR00086

From **113** USD / night    VIEW RATES



### Courtyard San Diego Airport/Liberty Station
2592 Laning Road San Diego, California 92106

`3.4 miles` from destination    ●●●●○ 4.5 967 Reviews    **Category 5**

WATERFRONT location, just minutes from San Diego beaches with bike & paddle board rentals.

COURTYARD BY MARRIOTT

From **113** USD / night    VIEW RATES



### Courtyard San Diego Old Town
2435 Jefferson Street San Diego, California 92110

`3.4 miles` from destination    ●●●●○ 4.3 894 Reviews    **Category 5**

NEWLY RENOVATED in Old Town. Located near San Diego's best beaches, SeaWorld, San Diego Zoo & more.

COURTYARD BY MARRIOTT

From **118** USD / night    VIEW RATES



### Courtyard San Diego Mission Valley/Hotel Circle
595 Hotel Circle South San Diego, California 92108

`3.6 miles` from destination    ●●●●○ 4 1102 Reviews    **Category 5**

Stylish hotel with free Wi-Fi, on-site Bistro dining and outdoor pool near Fashion Valley Mall.

COURTYARD BY MARRIOTT

From **97** USD / night    VIEW RATES



### Four Points by Sheraton San Diego - SeaWorld
3888 Greenwood Street San Diego, California 92110

`4.1 miles` from destination    ●●●○○ 3.5 371 Reviews    **Category 4**

Comfortable design and convenient San Diego location.

FOUR POINTS BY SHERATON

From **87** USD / night    VIEW RATES



### Sheraton Mission Valley San Diego Hotel
1433 Camino Del Rio South San Diego, California 92108

`4.1 miles` from destination    ●●●●○ 3.7 851 Reviews    **Category 4**

Gateway to San Diego. Explore SeaWorld, Balboa Park, San Diego Zoo & Ocean Beach.

SHERATON

From **98** USD / night    VIEW RATES



### SpringHill Suites San Diego Mission Valley
2401 Camino Del Rio North San Diego, California 92108

`4.7 miles` from destination    ●●●●○ 4.6 594 Reviews    **Category 5**

Located a short distance from SeaWorld, San Diego Zoo, Gaslamp Dist., & SDCCU Stadium.

SPRINGHILL SUITES BY MARRIOTT

From **107** USD / night    VIEW RATES



### San Diego Marriott Mission Valley
8757 Rio San Diego Drive San Diego, California 92108

`4.8 miles` from destination    ●●●●○ 4.2 988 Reviews    **Category 5**

Resort-style hotel in Mission Valley minutes from historic Old Town, Downtown and San Diego beaches


MARRIOTT

MAR00087

From **109** USD / night   VIEW RATES



**Four Points by Sheraton San Diego**
8110 Aero Drive San Diego, California 92123

7.1 miles from destination | ●●●○○ 3.3 965 Reviews | Category 4

Family-friendly hotel with free Wi-Fi and 10 event rooms in the San Diego Business District.

FOUR POINTS
BY SHERATON

From **112** USD / night   VIEW RATES



**TownePlace Suites San Diego Central**
8650 Tech Way San Diego, California 92123

8.2 miles from destination | ●●●●○ 4.4 87 Reviews | Category 3

Now open!

TOWNEPLACE
SUITES
BY MARRIOTT

From **112** USD / night   VIEW RATES



**Courtyard San Diego Central**
8651 Spectrum Center Blvd San Diego, California 92123

8.2 miles from destination | ●●●●○ 4.3 796 Reviews | Category 4

The Courtyard San Diego Central is the perfect location to explore the areas many attractions.

COURTYARD
BY MARRIOTT

From **107** USD / night   VIEW RATES



**Pier South Resort, Autograph Collection**
800 Seacoast Drive San Diego, California 91932

9.0 miles from destination | ●●●●○ 4.4 802 Reviews | Category 6

San Diego beachfront hotel with sophisticated suites, on-site dining and four elegant venues.

AUTOGRAPH
COLLECTION
HOTELS

From **185** USD / night   VIEW RATES



**San Diego Marriott La Jolla**
4240 La Jolla Village Drive La Jolla, California 92037

11.7 miles from destination | ●●●●○ 4.2 843 Reviews | Category 5

Stylish hotel with concierge-level rooms and suites, dining, 25 event spaces near La Jolla Shores.

MARRIOTT

From **107** USD / night   VIEW RATES



**Sheraton La Jolla Hotel**
3299 Holiday Court La Jolla, California 92037

11.9 miles from destination | ●●●○○ 3.7 582 Reviews | Category 5

Sheraton La Jolla Hotel is a vibrant tropical oasis near thrilling San Diego sights.

SHERATON

From **92** USD / night   VIEW RATES



**Residence Inn San Diego La Jolla**
8901 Gilman Drive La Jolla, California 92037

11.9 miles from destination | ●●●●○ 4.1 829 Reviews | Category 5

Extended-stay hotel with free breakfast near UCSD, USD, shopping, and San Diego beaches.

Residence INN
BY MARRIOTT

MAR00088



From **136** USD / night    **VIEW RATES**



### Residence Inn San Diego Chula Vista
2005 Centerpark Road Chula Vista, California 91915

**12.7 miles** from destination    ●●●●○ 4.7  348 Reviews    **Category 5**

Brand New All-Suite Hotel w/ Fully-Equipped Kitchens. 5 Miles From The Otey International Border.

From **166** USD / night    **VIEW RATES**



### Courtyard San Diego Sorrento Valley
9650 Scranton Road San Diego, California 92121

**13.1 miles** from destination    ●●●●○ 4.3  548 Reviews    **Category 4**

Contemporary hotel with free high-speed WiFi and on-site dining near Torrey Pines State Beach.

From **97** USD / night    **VIEW RATES**



### Courtyard San Diego El Cajon
141 North Magnolia Avenue El Cajon, California 92020

**13.2 miles** from destination    ●●●●○ 4.7  400 Reviews    **Category 4**

El Cajon's newest modern and stylish hotel with on-site dining & bar, fitness center & free WiFi.

From **107** USD / night    **VIEW RATES**



### Residence Inn San Diego Sorrento Mesa/Sorrento Valley
5995 Pacific Mesa Court San Diego, California 92121

**13.4 miles** from destination    ●●●●○ 4.4  445 Reviews    **Category 4**

An upscale hotel with free breakfast, an outdoor pool and evening socials at The Residence Inn Mix.

From **117** USD / night    **VIEW RATES**



### Fairfield Inn & Suites Tijuana
Blvd General Rodolfo Sanchez Taboada No 10461, Zona Urbana Rio Tijuana Tijuana, Baja California 22010

**15.8 miles** from destination    ●●●●○ 4.6  211 Reviews    **Category 2**

Extended-stay hotel with modern rooms, free Wi-Fi and breakfast in Tijuana's financial district.

From **97** USD / night    **VIEW RATES**



NEW LOBBY

### Residence Inn San Diego Rancho Bernardo/Scripps Poway
12011 Scripps Highlands Drive San Diego, California 92131

**16.1 miles** from destination    ●●●●○ 4.4  331 Reviews    **Category 4**

NEWLY RENOVATED pet-friendly extended stay hotel with fully equipped kitchens and free breakfast

From **138** USD / night    **VIEW RATES**

Showing 1 - 40    1    2    ›

Unlock your stay with the Marriott Bonvoy™ App

LEARN MORE

Top Destinations

For Guests

Our Company

Follow Us

© 1996 – 2020 Marriott International, Inc. All rights reserved. Marriott Proprietary Information

English

pred8,00D8D0C1-7F62-5141-9BAA-6AF81EB22DFA

MAR00090



**MARRIOTT BONV°Y**    Covid-19    Help    English    Trips    👤 Sign in or Join

## Marriott Marquis San Diego Marina

📍 333 West Harbor Drive, San Diego, California 92101 USA    📞 +1 619-234-1500 ⌄    ●●●●● 4.5    3749 Reviews    Currency Calculator

| Dates | Rooms & Guests | |
|---|---|---|
| Thu, Dec 17, 2020 – Fri, Dec 18, 2020 | 1 Room : 1 Adult | **EDIT** |

| Standard Rates | Prepay and Save | Deals and Packages |
|---|---|---|
| Most Flexible | With Restrictions | Special Savings |
| From 175 USD / night | From 149 USD / night | From 154 USD / night |

Customize and guarantee your exact room. Only on Marriott.com

**Filter Your Results:**    Room    Bed Type:  1 King Bed    2 Double Beds

Room View ⌄        Outdoor Space ⌄        Location ⌄        Accessibility ⌄        See All Filters    NEW ⌄

ℹ️ **Please note**   -Face coverings are required. Customers should review government guidance to confirm eligibility to travel & stay at hotel. See travelguidance.marriott.com.
ℹ️ **Please note**-USD 35 daily destination amenity fee will be added to room rate.

☐ Show rates with taxes and all fees

### 1 King Bed, City View, Room                                                    Room Details



| Member Flexible Rate 🔖 | **175** USD / night | **SELECT** |
| Rate Details | | |
| Flexible Rate | **179** USD / night | **SELECT** |
| Rate Details | | |

### 2 Double Beds, City View, Room                                                Room Details



| Member Flexible Rate 🔖 | **175** USD / night | **SELECT** |
| Rate Details | | |
| Flexible Rate | **179** USD / night | **SELECT** |
| Rate Details | | |

### 1 King Bed, Bay View, Room                                                    Room Details



| Member Flexible Rate 🔖 | **195** USD / night | **SELECT** |
| Rate Details | | |
| Flexible Rate | **199** USD / night | **SELECT** |
| Rate Details | | |

### 1 King Bed, City View, Balcony, Room                                          Room Details



| Member Flexible Rate 🔖 | **195** USD / night | **SELECT** |

MAR00091



Flexible Rate
Rate Details
**199** USD / night
SELECT

## 2 Double Beds, Bay View, Room
Room Details

Member Flexible Rate
Rate Details
**195** USD / night
SELECT

Flexible Rate
Rate Details
**199** USD / night
SELECT

## 2 Double Beds, City View, Balcony, Room
Room Details

Member Flexible Rate
Rate Details
**195** USD / night
SELECT

Flexible Rate
Rate Details
**199** USD / night
SELECT

## 1 King Bed, Bay View, Balcony, Room
Room Details

Member Flexible Rate
Rate Details
**215** USD / night
SELECT

Flexible Rate
Rate Details
**219** USD / night
SELECT

## 2 Double Beds, Bay View, Balcony, Room
Room Details

Member Flexible Rate
Rate Details
**215** USD / night
SELECT

Flexible Rate
Rate Details
**219** USD / night
SELECT

## 2 Double Beds, City View, Large Room
Room Details

Member Flexible Rate
Rate Details
**254** USD / night
SELECT

Flexible Rate
Rate Details
**259** USD / night
SELECT

## 1 King Bed, Bay View, Large Room
Room Details

Member Flexible Rate
Rate Details
**273** USD / night
SELECT



**Flexible Rate**

Rate Details

**279** USD / night

SELECT

---

**Other Options**

Hotels nearby

Vacation Packages - Room + Flight

**Phone Reservations**

Marriott Reservations in the US and Canada: 1-888-236-2427

The Ritz-Carlton, US and Canada: 800-542-8680

Worldwide: **CALL YOUR RESERVATION CENTER**

---



Unlock your stay with the Marriott Bonvoy™ App

LEARN MORE

Top Destinations

For Guests

Our Company

Follow Us

© 1996 – 2020 Marriott International, Inc. All rights reserved. Marriott Proprietary Information

English

Tracking Preferences  •  Terms of Use  •  Program Terms & Conditions  •  Privacy Center  •  Do Not Sell My Personal Information  •  Digital Accessibility  •  Site Map  •  Help

prod8,00D8D0C1-7F62-5141-9BAA-6AF81EB22DFA



## MARRIOTT BONVOY

Covid-19    Help    English    Trips    Sign In or Join

### Marriott Marquis San Diego Marina

333 West Harbor Drive, San Diego, California 92101 USA    +1 619-234-1500    ●●●●● 4.5    3749 Reviews    Currency Calculator

⏱ Reserve Your Room Before Time Runs Out!

| Stay Dates | Total for Stay | | |
|---|---|---|---|
| Thu, Dec 17, 2020 - Fri, Dec 18, 2020 | 237.02 USD | ⏱ Room(s) held for: 14:32 | CONTINUE |

# Review Reservation Details



### 1 King Bed, City View, Room
**ROOM DETAILS**

**Check In:** Thursday, December 17, 2020

**Check out:** Friday, December 18, 2020

**Room(s):** 1

**Guest(s) per room:** 1

**EDIT**

⌄ Choose Room Features

⌄ Summary of Charges

| | 175.00 USD / night | + | 62.02 USD Taxes and fees | 237.02 USD Subtotal |
|---|---|---|---|---|

Get the Marriott Bonvoy Boundless™ Credit Card and receive a $250 statement credit after first purchase

**LEARN MORE** 🔗

237.02 USD
Total Stay

- 250.00 USD
Statement Credit

-12.98 USD
Total after statement credit*

* Total for stay and statement credit may post on separate statements.

## Hotel Cancellation Policy

**About this reservation:**
You may cancel your reservation for no charge before 11:59 PM local hotel time on December 16, 2020 (1 day[s] before arrival). Please note that we will assess a fee of 197.65 USD if you must cancel after this deadline.

**LEARN MORE** ›

CONTINUE



**Unlock your stay with the Marriott Bonvoy™ App**

LEARN MORE ▢

MAR00094

Top Destinations

For Guests

Our Company

Follow Us

© 1996 – 2020 Marriott International, Inc. All rights reserved. Marriott Proprietary Information

English

Tracking Preferences  •  Terms of Use  •  Program Terms & Conditions  •  Privacy Center  •  Do Not Sell My Personal Information  •  Digital Accessibility  •  Site Map  •  Help

prod8.00D8D0C1-7F62-5141-9BAA-6AF81EB22DFA



**MARRIOTT BONVOY**

Covid-19   Help   English   Trips   Sign In or Join

## Marriott Marquis San Diego Marina

📍 333 West Harbor Drive, San Diego, California 92101 USA   📞 +1 619-234-1500 ⌄   ●●●●● 4.5   3749 Reviews   Currency Calculator

⏱ Reserve Your Room Before Time Runs Out!

| Stay Dates | Total for Stay | | |
|---|---|---|---|
| Thu, Dec 17, 2020 - Fri, Dec 18, 2020 | 237.02 USD | ⏱ Room(s) held for: 13:45 | **CONTINUE** |

# Review Reservation Details



### 1 King Bed, City View, Room
**ROOM DETAILS**

**Check in:** Thursday, December 17, 2020

**Check out:** Friday, December 18, 2020

**Room(s):** 1

**Guest(s) per room:** 1

**EDIT**

⌄ **Choose Room Features**

⌃ **Summary of Charges**
| 175.00 USD / night | + | 62.02 USD Taxes and fees | 237.02 USD Subtotal |
|---|---|---|---|

**Member Flexible Rate**
**RATE DETAILS**

1 room(s) for 1 night(s) — Prices in USD

| | |
|---|---|
| Thursday, December 17, 2020 | 175.00 |
| Total cash rate | 175.00 |
| Destination Amenity Fee | 35.00 |
| Estimated government taxes and fees | 27.02 |
| **Total Stay** | **237.02 USD** |

**Additional Charges**

On-site parking, fee: 13 USD hourly, 40 USD daily
Changes in taxes or fees implemented after booking will affect the total room price.



**MARRIOTT BONVOY VISA**

Get the Marriott Bonvoy Boundless™ Credit Card and receive a $250 statement credit after first purchase

**LEARN MORE** 🔳

237.02 USD
Total Stay

- 250.00 USD
Statement Credit

**-12.98 USD**
Total after statement credit*

* Total for stay and statement credit may post on separate statements.

MAR00096

# Hotel Cancellation Policy

**About this reservation:**

You may cancel your reservation for no charge before 11:59 PM local hotel time on December 16, 2020 (1 day[s] before arrival). Please note that we will assess a fee of 197.65 USD if you must cancel after this deadline.

**LEARN MORE ›**

<div style="text-align:center; background:#3e3a4e; color:#fff; padding:1em;">CONTINUE</div>



**Unlock your stay with the Marriott Bonvoy™ App**

**LEARN MORE** ⬚

| | |
|---|---|
| Top Destinations | ⌄ |
| For Guests | ⌄ |
| Our Company | ⌄ |

Follow Us

© 1996 – 2020 Ⓜ Marriott International, Inc. All rights reserved. Marriott Proprietary Information

Tracking Preferences › • Terms of Use › • Program Terms & Conditions › • Privacy Center › • Do Not Sell My Personal Information › • Digital Accessibility › • Site Map › • Help ›

English

prod8,00D8D0C1-7F62-5141-9BAA-6AF81EB22DFA

MAR00097





All fields are required unless otherwise stated.

## Name

Title
(Optional)

First Name

Last Name

Email Address

Marriott Bonvoy Member Number (Optional)

☐ Send my reservation confirmation by SMS

Company Name (Optional)

Note: To be credited for this stay, the name on your Marriott Bonvoy account must match the guest name.

## Address

Country/Region
USA

Address

City

State/Province

Select State

Zip Code

**Are you a travel agent?**

☐ Yes, I am a travel agent or planner

## Select Payment Option

A valid form of payment must be presented at check-in

○ Pay using   [⟩⟩]   **Click to pay**

● Pay using Credit/Debit Card   VISA  AMEX  Diners Club  DISCOVER  JCB  MasterCard  UnionPay

Why we ask for this?

Credit/Debit Card Number

Expiration Month

Month

Expiration Year

Year

CVV Number

**Free Wi-Fi + mobile check-in + our lowest member rates all the time**

☑ Instantly join Marriott Bonvoy and enjoy the perks with each stay.

Password

Confirm password

☑ Remember me (recommended for private computers only).

☑ I would like to receive account updates, program news and offers via email and direct mail.

☑ I would like to receive exclusive offers from select third parties.

By signing up, I agree to Marriott's Terms of Use, Privacy Statement and Data Protection Clause.

You may cancel your reservation for no charge before 11:59 PM local hotel time on December 16, 2020 (1 day[s] before arrival). Please note that we will assess a fee of 197.65 USD if you must cancel after this deadline.

LEARN MORE ›

**BOOK NOW**

MAR00099

**Phone Reservations**

Marriott Reservations in the US and Canada: 1-888-236-2427
The Ritz-Carlton, US and Canada: 800-542-8680
Worldwide: CALL YOUR RESERVATION CENTER



**Our Lowest Prices. Instant Benefits. Only on Marriott.com**

Enjoy instant benefits like our Best Rate Guarantee, Mobile Check-In, Free Wi-Fi and Earn Free Nights only when you book directly on Marriott.com.

LEARN MORE ›



**Unlock your stay with the Marriott Bonvoy™ App**

LEARN MORE

Top Destinations

For Guests

Our Company

Follow Us

© 1996 – 2020 Marriott International, Inc. All rights reserved. Marriott Proprietary Information

Tracking Preferences › • Terms of Use › • Program Terms & Conditions › • Privacy Center › • Do Not Sell My Personal Information › • Digital Accessibility › • Site Map › • Help ›

Loading...

prod9.91C9BF0F-AE05-5A44-91B8-C75CAE42BE16

MAR00100



**MARRIOTT BONVOY**

Covid-19   Help   English   Trips   Sign In or Join

## Marriott Marquis San Diego Marina

📍 333 West Harbor Drive, San Diego, California 92101 USA   📞 +1 619-234-1500 ⌄   ●●●●○  4.5   3749 Reviews   Currency Calculator

⏱ **Reserve Your Room Before Time Runs Out!**

| Stay Dates | Room Details | Total for Stay | | |
|---|---|---|---|---|
| Thu, Dec 17, 2020 - Fri, Dec 18, 2020 | 1 King Bed, City View, Room | 237.02 USD | ⏱ **Room(s) held for: 14:37** | CHANGE |

# Guest Information

**SIGN IN FOR FASTER BOOKING**

We value your privacy. See our **Global Privacy Statement**.

All fields are required unless otherwise stated.

## Name

Title

(Optional)   ⌄

First Name

Last Name

Email Address

Marriott Bonvoy Member Number (Optional)

☐ Send my reservation confirmation by SMS

Company Name (Optional)

Note: To be credited for this stay, the name on your Marriott Bonvoy account must match the guest name.

## Address

Country/Region

USA   ⌄

Address

MAR00101

State/Province

Select State ▼

Zip Code

**Are you a travel agent?**

☐ Yes, I am a travel agent or planner

## Select Payment Option

A valid form of payment must be presented at check-in

○ Pay using  [ ⟩⟩ ]  **Click to pay**

● Pay using Credit/Debit Card  VISA  [cards]

Why we ask for this?

Credit/Debit Card Number

Expiration Month

Month ▼

Expiration Year

Year ▼

CVV Number

**Free Wi-Fi + mobile check-in + our lowest member rates all the time**

☑ Instantly join Marriott Bonvoy and enjoy the perks with each stay.

Password

Confirm password

☑ Remember me (recommended for private computers only).

☑ I would like to receive account updates, program news and offers via email and direct mail.

☑ I would like to receive exclusive offers from select third parties.

By signing up, I agree to Marriott's Terms of Use, Privacy Statement and Data Protection Clause.

You may cancel your reservation for no charge before 11:59 PM local hotel time on December 16, 2020 (1 day[s] before arrival). Please note that we will assess a fee of 197.65 USD if you must cancel after this deadline.

LEARN MORE ›

**BOOK NOW**

**Phone Reservations**

Marriott Reservations in the US and Canada: 1-888-236-2427
The Ritz-Carlton, US and Canada: 800-542-8680
Worldwide: CALL YOUR RESERVATION CENTER



## Our Lowest Prices. Instant Benefits. Only on Marriott.com

Enjoy instant benefits like our Best Rate Guarantee, Mobile Check-In, Free Wi-Fi and Earn Free Nights only when you book directly on Marriott.com.

LEARN MORE ›



Unlock your stay with the Marriott Bonvoy™ App

LEARN MORE

Top Destinations

For Guests

Our Company

Follow Us

© 1996 – 2020 Marriott International, Inc. All rights reserved. Marriott Proprietary Information
Tracking Preferences › • Terms of Use › • Program Terms & Conditions › • Privacy Center › • Do Not Sell My Personal Information › • Digital Accessibility › • Site Map › • Help ›

Loading...

prod9,35CF5298-E97C-5BC6-9893-D6AA3DF8C2D2

MAR00103