# **EXHIBIT 2**





**COVID-19 Updates:** Learn about our commitment to cleanliness and our extended cancellation policies

MARRIOTT BONVOY

English | Help | My Trips | Sign In or Join

Find & Reserve | Special Offers | Vacations | Our Brands | Our Credit Cards | About Marriott Bonvoy

EXHIBIT
15
exhibitsticker.com

MARRIOTT BONVOY
ESCAPES

# SAVE UP TO 25%

Find your next weekend getaway at participating hotels and resorts when you book by Sunday.

BOOK NOW

Marriott Marquis San Diego Marina, West ...

Thu, Dec 17 | Fri, Dec 18

FIND HOTELS

Rooms & Guests: 1 Room: 1 Adult/Room

Special Rates: None

Use Points / Certificates

## Travel with Peace of Mind

Best Rate Guarantee | Flexible Cancellation | Commitment to Clean | Contactless Services

## Explore Destinations Near You

MARRIOTT BONVOY

Marriott Bonvoy™ Member Rates. Our lowest rates. All the time.

SIGN IN | JOIN NOW

## This Week's Top Offers



**Earn 75,000 bonus points**

LEARN MORE ⟩



**Gift adventure: Use points for an Annual Park Pass**

LEARN MORE ⟩



**Support relief efforts for COVID-19**

DONATE POINTS ⟩



**Subscribe & Earn a $100 Gift Card**

SHOP NOW ⟩



**When it's time for you, we'll be ready**

LET'S GO THERE ⟩



**Take 10% off — book the best home rentals for 2021**

FIND A HOME ⟩

VIEW ALL OFFERS



**Unlock your stay with the Marriott Bonvoy™ App**

LEARN MORE



**Marriott Bonvoy**

Marriott Bonvoy Overview ⟩

**Meetings & Events**

Meetings & Events Overview ⟩

**Deals & Packages**

Deals ⟩



| Member Benefits | Business Meetings | Book a Flight + Hotel Package |
| --- | --- | --- |
| Earn Points > | Weddings > | Cars, Tours, Activities > |
| Redeem Points > | Social Events > | All-Inclusive Resorts & Vacations > |
| Marriott Bonvoy Credit Card > | Group Travel > | Marriott Vacation Club Offers > |
| Marriott Insiders > | | Travel Experiences > |
| | | The Ritz-Carlton Yacht Collection > |
| | | Resorts > |
| | | Marriott Bonvoy Traveler > |

Top Destinations

For Guests

Our Company

Follow Us

© 1996 – 2020 Marriott International, Inc. All rights reserved. Marriott Proprietary Information

Tracking Preferences  >   •   Terms of Use  >   •   Program Terms & Conditions  >   •   Privacy Center  >   •   Do Not Sell My Personal Information  >   •   Digital Accessibility  >   •   Site Map  >   •   Help  >

🌐 English

pred10,765DA225-163D-5DA5-A141-F6AAE0DFDA0A

**MAR00106**

**MARRIOTT BONVOY**

Covid-19   Help   English   Trips   Sign In or Join

| Destination | Stay Dates (1 NIGHT) | Rooms & Guests | |
|---|---|---|---|
| 333 W Harbor Dr, San Diego, CA 9210... | Thu, Dec 17, 2020 - Fri, Dec 18, 2020 | 1 Room: 1 Adult /Room | EDIT |

📍 Map View   Currency: Default ▾   Sort by: Distance ▾        **30 UNIQUE BRANDS** ▸ Filter by: Brand ▾   Price ▾   🔻 All Filters

Try these filters:   Fitness center (57)   Free breakfast (20)   Kitchen (18)   Pool (49)   Restaurant on-site (37)

Showing **1 - 40** of **59** hotels       ☑ Show rates with taxes and all fees   ☑ Show available hotels only

---

### Marriott Marquis San Diego Marina
333 West Harbor Drive San Diego, California 92101
**0.1 miles** from destination ●●●●○ 4.5 3749 Reviews | Category 6
San Diego waterfront hotel with stunning views, outdoor pools, gym, spa and flexible event venues

MARRIOTT

From **237** USD / night
Taxes and all fees included        **VIEW RATES**

---

### Residence Inn San Diego Downtown/Gaslamp Quarter
356 6th Avenue San Diego, California 92101
**0.4 miles** from destination ●●●●○ 4.4 833 Reviews | Category 5
Hotel located in the Gaslamp Quarter, heart of San Diego Downtown.

Residence INN BY MARRIOTT

From **153** USD / night
Taxes and all fees included        **VIEW RATES**

---

### Courtyard San Diego Gaslamp/Convention Center
453 6th Avenue San Diego, California 92101
**0.4 miles** from destination ●●●●○ 4.3 361 Reviews | Category 5
Unrivaled Boutique Comforts & Convenience At One Of The Best Gaslamp Hotels

COURTYARD BY MARRIOTT

From **120** USD / night
Taxes and all fees included        **VIEW RATES**

---

### San Diego Marriott Gaslamp Quarter
660 K Street San Diego, California 92101
**0.4 miles** from destination ●●●●○ 4.2 962 Reviews | Category 6
Gaslamp hotel in the heart of San Diego entertainment district. Home of ALTITUDE SKY LOUNGE®

MARRIOTT

From **142** USD / night
Taxes and all fees included        **VIEW RATES**

---

### The Westin San Diego Downtown
400 West Broadway San Diego, California 92101
**0.5 miles** from destination ●●●●○ 3.9 880 Reviews | Category 5
Upscale hotel in Downtown San Diego near the Gaslamp Quarter offering airport shuttle service.

WESTIN

From **159** USD / night
Taxes and all fees included        **VIEW RATES**

---

### The Westin San Diego Gaslamp Quarter
910 Broadway Circle San Diego, California 92101
**0.5 miles** from destination ●●●●○ 4.1 816 Reviews | Category 5
Newly renovated hotel with rooftop pool and sun deck, surrounded by Downtown's best attractions

WESTIN



From **167** USD / night
Taxes and all fees included

**VIEW RATES**



### Moxy San Diego Downtown/Gaslamp Quarter
831 6th Avenue San Diego, California 92101

0.5 miles from destination | ●●●●○ 4.4 201 Reviews | **Category 5**

Play on in San Diego at this trendy hotel with check-in at the bar, small but smart rooms & more.

*moxy* HOTELS

From **109** USD / night
Taxes and all fees included

**VIEW RATES**



### The Guild Hotel, San Diego, a Tribute Portfolio Hotel
500 West Broadway San Diego, California 92101

0.5 miles from destination | ●●●●○ 4.2 85 Reviews | **Category 6**

New luxury hotel with historic elements, sophisticated dining and unique venues by Little Italy.

TRIBUTE PORTFOLIO

From **142** USD / night
Taxes and all fees included

**VIEW RATES**



### THE US GRANT, a Luxury Collection Hotel, San Diego
326 Broadway San Diego, California 92101

0.5 miles from destination | ●●●●○ 4.3 1010 Reviews | **Category 6**

Landmark five-star hotel offering luxury accommodations and amenities in downtown San Diego

THE LUXURY COLLECTION

From **231** USD / night
Taxes and all fees included

**VIEW RATES**



### Courtyard San Diego Downtown
530 Broadway San Diego, California 92101

0.6 miles from destination | ●●●●○ 4.5 1106 Reviews | **Category 5**

Historic hotel with free Wi-Fi, memorable event venues and convenient location near Gaslamp Quarter.

COURTYARD BY MARRIOTT

From **125** USD / night
Taxes and all fees included

**VIEW RATES**



### Hotel Republic San Diego, Autograph Collection
421 West B Street San Diego, California 92101

0.6 miles from destination | ●●●●○ 4.4 397 Reviews | **Category 5**

Luxury hotel in downtown San Diego with stylish restaurants, event space and contemporary rooms

AUTOGRAPH COLLECTION HOTELS

From **131** USD / night
Taxes and all fees included

**VIEW RATES**



### SpringHill Suites San Diego Downtown/Bayfront
900 Bayfront Court San Diego, California 92101

0.7 miles from destination | ●●●●○ 4.5 1161 Reviews | **Category 6**

Stay in style while you explore sunny San Diego's world-famous attractions.

SPRINGHILL SUITES BY MARRIOTT

From **187** USD / night
Taxes and all fees included

**VIEW RATES**



### Residence Inn San Diego Downtown/Bayfront
900 Bayfront Court San Diego, California 92101

0.7 miles from destination | ●●●●○ 4.6 536 Reviews | **Category 6**

A modern all-suite hotel with full kitchens, free Wi-Fi and views of San Diego and the waterfront.

Residence INN BY MARRIOTT

MAR00108

From **208** USD / night
Taxes and all fees included

**VIEW RATES**



### TownePlace Suites San Diego Downtown
1445 Sixth Avenue San Diego, California 92101

`0.9 miles` from destination ● ● ● ● ○ 4.4 223 Reviews | Category 5

Reach attractions such as the Gaslamp Quarter and San Diego Zoo within ten minutes of our hotel.

TOWNEPLACE
SUITES
BY MARRIOTT

From **120** USD / night
Taxes and all fees included

**VIEW RATES**



### Coronado Island Marriott Resort & Spa
2000 Second Street Coronado, California 92118

`0.9 miles` from destination ● ● ● ● ○ 4.4 1255 Reviews | Category 6

Resort on Coronado Island with a spa, outdoor pools, a wellness center, dining and event venues.

 MARRIOTT

From **250** USD / night
Taxes and all fees included

**VIEW RATES**



### Four Points by Sheraton San Diego Downtown Little Italy
1617 1st Avenue San Diego, California 92101

`1.0 miles` from destination ● ● ● ● ○ 3.9 437 Reviews | Category 5

Downtown hotel with views. Easily access all San Diego attractions including Little Italy and The G

FOUR
POINTS
BY SHERATON

From **120** USD / night
Taxes and all fees included

**VIEW RATES**



### Residence Inn San Diego Downtown
1747 Pacific Highway San Diego, California 92101

`1.1 miles` from destination ● ● ● ● ○ 4.5 510 Reviews | Category 5

Mission Bay San Diego hotel near the Gaslamp Quarter & San Diego Airport.

Residence INN
BY MARRIOTT

From **175** USD / night
Taxes and all fees included

**VIEW RATES**



### Sheraton San Diego Hotel & Marina
1380 Harbor Island Drive San Diego, California 92101

`2.3 miles` from destination ● ● ● ○ ○ 3.7 2908 Reviews | Category 5

Closest hotel to SAN airport, free shuttle, waterfront location, guestrooms with marina and bayviews

 SHERATON

From **168** USD / night
Taxes and all fees included

**VIEW RATES**



### TownePlace Suites San Diego Airport/Liberty Station
2311 Lee Court San Diego, California 92101

`3.1 miles` from destination ● ● ● ● ○ 4.7 132 Reviews | Category 4

Our brand-new, Navy-inspired hotel offers a free breakfast and suites with full kitchens.

TOWNEPLACE
SUITES
BY MARRIOTT

From **142** USD / night
Taxes and all fees included

**VIEW RATES**



### Fairfield Inn & Suites San Diego Old Town
3900 Old Town Avenue San Diego, California 92110

`3.2 miles` from destination ● ● ● ● ○ 4.3 728 Reviews | Category 5

Located in historic Old Town with restaurants & shopping. Close to all of SD's famous attractions

Fairfield
BY MARRIOTT

MAR00109



From **127** USD / night
Taxes and all fees included

**VIEW RATES**

### Courtyard San Diego Airport/Liberty Station
2592 Laning Road San Diego, California 92106

`3.4 miles` from destination | ●●●●○ 4.5 967 Reviews | Category 5

WATERFRONT location, just minutes from San Diego beaches with bike & paddle board rentals.

COURTYARD
BY MARRIOTT

From **127** USD / night
Taxes and all fees included

**VIEW RATES**



### Courtyard San Diego Old Town
2435 Jefferson Street San Diego, California 92110

`3.4 miles` from destination | ●●●●○ 4.3 894 Reviews | Category 5

NEWLY RENOVATED in Old Town. Located near San Diego's best beaches, SeaWorld, San Diego Zoo & more.

COURTYARD
BY MARRIOTT

From **132** USD / night
Taxes and all fees included

**VIEW RATES**



### Courtyard San Diego Mission Valley/Hotel Circle
595 Hotel Circle South San Diego, California 92108

`3.6 miles` from destination | ●●●●○ 4 1102 Reviews | Category 5

Stylish hotel with free Wi-Fi, on-site Bistro dining and outdoor pool near Fashion Valley Mall.

COURTYARD
BY MARRIOTT

From **109** USD / night
Taxes and all fees included

**VIEW RATES**



### Four Points by Sheraton San Diego - SeaWorld
3888 Greenwood Street San Diego, California 92110

`4.1 miles` from destination | ●●●○○ 3.5 371 Reviews | Category 4

Comfortable design and convenient San Diego location.

FOUR
POINTS
BY SHERATON

From **98** USD / night
Taxes and all fees included

**VIEW RATES**



### Sheraton Mission Valley San Diego Hotel
1433 Camino Del Rio South San Diego, California 92108

`4.1 miles` from destination | ●●●○○ 3.7 851 Reviews | Category 4

Gateway to San Diego. Explore SeaWorld, Balboa Park, San Diego Zoo & Ocean Beach.

SHERATON

From **110** USD / night
Taxes and all fees included

**VIEW RATES**



### SpringHill Suites San Diego Mission Valley
2401 Camino Del Rio North San Diego, California 92108

`4.7 miles` from destination | ●●●●◐ 4.6 594 Reviews | Category 5

Located a short distance from SeaWorld, San Diego Zoo, Gaslamp Dist., & SDCCU Stadium.

SPRINGHILL
SUITES
BY MARRIOTT

From **120** USD / night
Taxes and all fees included

**VIEW RATES**



### San Diego Marriott Mission Valley
8757 Rio San Diego Drive San Diego, California 92108

`4.7 miles` from destination | ●●●●○ 4.2 988 Reviews | Category 5



MAR00110



Resort-style hotel in Mission Valley minutes from historic Old Town, Downtown and San Diego beaches

From **122** USD / night
Taxes and all fees included

**VIEW RATES**



### Four Points by Sheraton San Diego
8110 Aero Drive San Diego, California 92123

7.1 miles from destination | ●●●○○ 3.3 965 Reviews | **Category 4**

Family-friendly hotel with free Wi-Fi and 10 event rooms in the San Diego Business District.

From **126** USD / night
Taxes and all fees included

**VIEW RATES**



### TownePlace Suites San Diego Central
8650 Tech Way San Diego, California 92123

8.2 miles from destination | ●●●●○ 4.4 87 Reviews | **Category 3**

Now open!

From **126** USD / night
Taxes and all fees included

**VIEW RATES**



### Courtyard San Diego Central
8651 Spectrum Center Blvd San Diego, California 92123

8.2 miles from destination | ●●●●○ 4.3 796 Reviews | **Category 4**

The Courtyard San Diego Central is the perfect location to explore the areas many attractions.

From **120** USD / night
Taxes and all fees included

**VIEW RATES**



### Pier South Resort, Autograph Collection
800 Seacoast Drive San Diego, California 91932

9.0 miles from destination | ●●●●○ 4.4 802 Reviews | **Category 6**

San Diego beachfront hotel with sophisticated suites, on-site dining and four elegant venues.

From **225** USD / night
Taxes and all fees included

**VIEW RATES**



### San Diego Marriott La Jolla
4240 La Jolla Village Drive La Jolla, California 92037

11.7 miles from destination | ●●●●○ 4.2 843 Reviews | **Category 5**

Stylish hotel with concierge-level rooms and suites, dining, 25 event spaces near La Jolla Shores.

From **120** USD / night
Taxes and all fees included

**VIEW RATES**



### Sheraton La Jolla Hotel
3299 Holiday Court La Jolla, California 92037

11.9 miles from destination | ●●●○○ 3.7 582 Reviews | **Category 5**

Sheraton La Jolla Hotel is a vibrant tropical oasis near thrilling San Diego sights.

From **103** USD / night
Taxes and all fees included

**VIEW RATES**



### Residence Inn San Diego La Jolla
8901 Gilman Drive La Jolla, California 92037

MAR00111



Extended-stay hotel with free breakfast near UCSD, USD, shopping, and San Diego beaches.

11.9 miles from destination | ●●●●○ 4.1 829 Reviews | **Category 5**

From **153** USD / night
Taxes and all fees included

**VIEW RATES**



### Residence Inn San Diego Chula Vista
2005 Centerpark Road Chula Vista, California 91915

12.7 miles from destination | ●●●●○ 4.7 348 Reviews | **Category 5**

Brand New All-Suite Hotel w/ Fully-Equipped Kitchens. 5 Miles From The Otay International Border.

From **182** USD / night
Taxes and all fees included

**VIEW RATES**



### Courtyard San Diego Sorrento Valley
9650 Scranton Road San Diego, California 92121

13.1 miles from destination | ●●●●○ 4.3 548 Reviews | **Category 4**

Contemporary hotel with free high-speed Wi-Fi and on-site dining near Torrey Pines State Beach.

From **109** USD / night
Taxes and all fees included

**VIEW RATES**



### Courtyard San Diego El Cajon
141 North Magnolia Avenue El Cajon, California 92020

13.2 miles from destination | ●●●●○ 4.7 400 Reviews | **Category 4**

El Cajon's newest modern and stylish hotel with on-site dining & bar, fitness center & free WiFi.

From **117** USD / night
Taxes and all fees included

**VIEW RATES**



### Residence Inn San Diego Sorrento Mesa/Sorrento Valley
5995 Pacific Mesa Court San Diego, California 92121

13.4 miles from destination | ●●●●○ 4.4 445 Reviews | **Category 4**

An upscale hotel with free breakfast, an outdoor pool and evening socials at The Residence Inn Mix.

From **131** USD / night
Taxes and all fees included

**VIEW RATES**



### Fairfield Inn & Suites Tijuana
Blvd General Rodolfo Sanchez Taboada No 10461, Zona Urbana Rio Tijuana Tijuana, Baja California 22010

15.8 miles from destination | ●●●●○ 4.6 211 Reviews | **Category 2**

Extended-stay hotel with modern rooms, free Wi-Fi and breakfast in Tijuana's financial district.

From **109** USD / night
Taxes and all fees included

**VIEW RATES**

NEW LOBBY

### Residence Inn San Diego Rancho Bernardo/Scripps Poway
12011 Scripps Highlands Drive San Diego, California 92131

16.1 miles from destination | ●●●●○ 4.4 331 Reviews | **Category 4**

NEWLY RENOVATED pet-friendly extended stay hotel with fully equipped kitchens and free breakfast

From **155** USD / night
Taxes and all fees included

**VIEW RATES**

Showing 1 - 40  | 1 | 2 | >

MAR00112



Unlock your stay with the Marriott Bonvoy™ App

**LEARN MORE**

Top Destinations

For Guests

Our Company

Follow Us

© 1996 – 2020 Marriott International, Inc. All rights reserved. Marriott Proprietary Information

English

Tracking Preferences ›  •  Terms of Use ›  •  Program Terms & Conditions ›  •  Privacy Center ›  •  Do Not Sell My Personal Information ›  •  Digital Accessibility ›  •  Site Map ›  •  Help ›

prod8,4ECBB41E-B650-57EC-AAAD-A95ED2478385

MAR00113



**MARRIOTT BONV°Y**          Covid-19   Help   English   Trips   👤 Sign In or Join

## Marriott Marquis San Diego Marina

📍 333 West Harbor Drive, San Diego, California 92101 USA   📞 +1 619-234-1500 ⌄   ●●●●◐ 4.5   3749 Reviews   Currency Calculator

Dates
Thu, Dec 17, 2020 — Fri, Dec 18, 2020

Rooms & Guests
1 Room : 1 Adult

[ EDIT ]

| Standard Rates<br>Most Flexible<br>From 237 USD / night | Prepay and Save<br>With Restrictions<br>From 207 USD / night | Deals and Packages<br>Special Savings<br>From 213 USD / night |
| --- | --- | --- |

> Customize and guarantee your exact room. Only on Marriott.com

## Filter Your Results:   Room   Bed Type: 1 King Bed   2 Double Beds

Room View ⌄          Outdoor Space ⌄          Location ⌄          Accessibility ⌄          See All Filters   [ NEW ⌄ ]

> ℹ Please note   -Face coverings are required. Customers should review government guidance to confirm eligibility to travel & stay at hotel. See travelguidance.marriott.com.
> ℹ Please note-USD 35 daily destination amenity fee will be added to room rate.

☑ Show rates with taxes and all fees

### 1 King Bed, City View, Room                                                   Room Details



| Member Flexible Rate 🏷<br>Rate Details | **237** USD / night<br>Taxes and all fees included | [ SELECT ] |
| --- | --- | --- |
| Flexible Rate<br>Rate Details | **241** USD / night<br>Taxes and all fees included | [ SELECT ] |

### 2 Double Beds, City View, Room                                                Room Details



| Member Flexible Rate 🏷<br>Rate Details | **237** USD / night<br>Taxes and all fees included | [ SELECT ] |
| --- | --- | --- |
| Flexible Rate<br>Rate Details | **241** USD / night<br>Taxes and all fees included | [ SELECT ] |

### 1 King Bed, Bay View, Room                                                    Room Details



| Member Flexible Rate 🏷<br>Rate Details | **259** USD / night<br>Taxes and all fees included | [ SELECT ] |
| --- | --- | --- |
| Flexible Rate<br>Rate Details | **264** USD / night<br>Taxes and all fees included | [ SELECT ] |

### 1 King Bed, City View, Balcony, Room                                          Room Details

MAR00114



Member Flexible Rate
Rate Details

**259** USD / night
Taxes and all fees included

SELECT

Flexible Rate
Rate Details

**264** USD / night
Taxes and all fees included

SELECT

### 2 Double Beds, Bay View, Room

Room Details

Member Flexible Rate
Rate Details

**259** USD / night
Taxes and all fees included

SELECT

Flexible Rate
Rate Details

**264** USD / night
Taxes and all fees included

SELECT

### 2 Double Beds, City View, Balcony, Room

Room Details

Member Flexible Rate
Rate Details

**259** USD / night
Taxes and all fees included

SELECT

Flexible Rate
Rate Details

**264** USD / night
Taxes and all fees included

SELECT

VIEW MORE ROOMS (4)



**Other Options**

Hotels nearby
Vacation Packages - Room + Flight

**Phone Reservations**

Marriott Reservations in the US and Canada: 1-888-236-2427
The Ritz-Carlton, US and Canada: 800-542-8680
Worldwide: CALL YOUR RESERVATION CENTER

**Unlock your stay with the Marriott Bonvoy™ App**

LEARN MORE

Top Destinations

For Guests

Our Company

Follow Us

© 1996 – 2020 Marriott International, Inc. All rights reserved. Marriott Proprietary Information

English

Tracking Preferences ⟩ • Terms of Use ⟩ • Program Terms & Conditions ⟩ • Privacy Center ⟩ • Do Not Sell My Personal Information ⟩ • Digital Accessibility ⟩ • Site Map ⟩ • Help ⟩

prod9.938DEE07-A105-51CB-A41A-211F8BC00852

MAR00115

MAR00116



**MARRIOTT**
**BONVOY**

Covid-19   Help   English   Trips   Sign In or Join

## Marriott Marquis San Diego Marina

333 West Harbor Drive, San Diego, California 92101 USA   +1 619-234-1500   ●●●●● 4.5   3749 Reviews   Currency Calculator

⏱ **Reserve Your Room Before Time Runs Out!**

| Stay Dates | Total for Stay | | |
|---|---|---|---|
| Thu, Dec 17, 2020 – Fri, Dec 18, 2020 | 237.02 USD | ⏱ Room(s) held for: 14:29 | **CONTINUE** |

# Review Reservation Details



### 1 King Bed, City View, Room
**ROOM DETAILS**

**Check In:** Thursday, December 17, 2020

**Check out:** Friday, December 18, 2020

**Room(s):** 1

**Guest(s) per room:** 1

**EDIT**

⌄ **Choose Room Features**

⌄ **Summary of Charges**

| | | |
|---|---|---|
| 175.00 USD / night | + 62.02 USD Taxes and fees | 237.02 USD Subtotal |

Get the Marriott Bonvoy Boundless™ Credit Card and receive a $250 statement credit after first purchase

**LEARN MORE** ⎆

*Total for stay and statement credit may post on separate statements.*

237.02 USD Total Stay
- 250.00 USD Statement Credit
**-12.98 USD** Total after statement credit*

## Hotel Cancellation Policy

**About this reservation:**

You may cancel your reservation for no charge before 11:59 PM local hotel time on December 16, 2020 (1 day[s] before arrival). Please note that we will assess a fee of 197.65 USD if you must cancel after this deadline.

**LEARN MORE ›**

**CONTINUE**



**Unlock your stay with the Marriott Bonvoy™ App**

**LEARN MORE** ⎆

Top Destinations ⌄

For Guests ⌄

Our Company ⌄

Follow Us

© 1996 – 2020 Ⓜ Marriott International, Inc. All rights reserved. Marriott Proprietary Information

English

Tracking Preferences ›   •   Terms of Use ›   •   Program Terms & Conditions ›   •   Privacy Center ›   •   Do Not Sell My Personal Information ›   •   Digital Accessibility ›   •   Site Map ›   •   Help ›

prod9;938DEE07-A105-51CB-A41A-211F8BC00852

MAR00118

 **MARRIOTT BONVOY**

Covid-19   Help   English   Trips   👤 Sign in or Join

## Marriott Marquis San Diego Marina

📍 333 West Harbor Drive, San Diego, California 92101 USA   📞 +1 619-234-1500 ⌄   ●●●●● 4.5   3749 Reviews   Currency Calculator

🕐 Reserve Your Room Before Time Runs Out!

| Stay Dates | Total for Stay | | |
|---|---|---|---|
| Thu, Dec 17, 2020 – Fri, Dec 18, 2020 | 237.02 USD | 🕐 Room(s) held for: 14:05 | **CONTINUE** |

# Review Reservation Details



### 1 King Bed, City View, Room
**ROOM DETAILS**

**Check in:** Thursday, December 17, 2020

**Check out:** Friday, December 18, 2020

**Room(s):** 1

**Guest(s) per room:** 1

**EDIT**

⌄ Choose Room Features

⌃ **Summary of Charges**

| | 175.00 USD / night | + | 62.02 USD Taxes and fees | 237.02 USD Subtotal |
|---|---|---|---|---|

**Member Flexible Rate**
RATE DETAILS

| 1 room(s) for 1 night(s) | Prices in USD |
|---|---|
| Thursday, December 17, 2020 | 175.00 |
| Total cash rate | 175.00 |
| Destination Amenity Fee | 35.00 |
| Estimated government taxes and fees | 27.02 |

| **Total Stay** | **237.02** USD |
|---|---|

**Additional Charges**

On-site parking, fee: 13 USD hourly, 40 USD daily
Changes in taxes or fees implemented after booking will affect the total room price.



**Get the Marriott Bonvoy Boundless™ Credit Card and receive a $250 statement credit after first purchase**

LEARN MORE 🔗

| | 237.02 USD Total Stay |
|---|---|
| | - 250.00 USD Statement Credit |
| | **-12.98 USD** Total after statement credit* |

* Total for stay and statement credit may post on separate statements.

**MAR00119**

## Hotel Cancellation Policy

**About this reservation:**
You may cancel your reservation for no charge before 11:59 PM local hotel time on December 16, 2020 (1 day[s] before arrival). Please note that we will assess a fee of 197.65 USD if you must cancel after this deadline.

LEARN MORE ›

CONTINUE



Unlock your stay with the Marriott Bonvoy™ App

LEARN MORE

Top Destinations

For Guests

Our Company

Follow Us

© 1996 – 2020 Marriott International, Inc. All rights reserved. Marriott Proprietary Information

English

Tracking Preferences › • Terms of Use › • Program Terms & Conditions › • Privacy Center › • Do Not Sell My Personal Information › • Digital Accessibility › • Site Map › • Help ›

prod9.938DEE07-A105-51CB-A41A-211F88C00852



All fields are required unless otherwise stated.

## Name

Title

(Optional)

First Name

Last Name

Email Address

Marriott Bonvoy Member Number (Optional)

☐ Send my reservation confirmation by SMS

Company Name (Optional)

Note: To be credited for this stay, the name on your Marriott Bonvoy account must match the guest name.

## Address

Country/Region

USA

Address

MAR00121

State/Province

Select State

Zip Code

**Are you a travel agent?**

Yes, I am a travel agent or planner

## Select Payment Option

A valid form of payment must be presented at check-in

Pay using   Click to pay

Pay using Credit/Debit Card   VISA   AMEX   Diners Club   DISCOVER   JCB   MasterCard   UnionPay

Why we ask for this?

Credit/Debit Card Number

Expiration Month

Month

Expiration Year

Year

CVV Number

**Free Wi-Fi + mobile check-in + our lowest member rates all the time**

Instantly join Marriott Bonvoy and enjoy the perks with each stay.

Password

Confirm password

Remember me (recommended for private computers only).

I would like to receive account updates, program news and offers via email and direct mail.

I would like to receive exclusive offers from select third parties.

By signing up, I agree to Marriott's Terms of Use, Privacy Statement and Data Protection Clause.

You may cancel your reservation for no charge before 11:59 PM local hotel time on December 16, 2020 (1 day[s] before arrival). Please note that we will assess a fee of 197.65 USD if you must cancel after this deadline.

LEARN MORE >

**BOOK NOW**

MAR00122

**Phone Reservations**

Marriott Reservations in the US and Canada: 1-888-236-2427
The Ritz-Carlton, US and Canada: 800-542-8680
Worldwide: CALL YOUR RESERVATION CENTER



## Our Lowest Prices. Instant Benefits. Only on Marriott.com

Enjoy instant benefits like our Best Rate Guarantee, Mobile Check-In, Free Wi-Fi and Earn Free Nights only when you book directly on Marriott.com.

LEARN MORE ›



## Unlock your stay with the Marriott Bonvoy™ App

LEARN MORE

Top Destinations

For Guests

Our Company

Follow Us

© 1996 – 2020 Marriott International, Inc. All rights reserved. Marriott Proprietary Information

Tracking Preferences › • Terms of Use › • Program Terms & Conditions › • Privacy Center › • Do Not Sell My Personal Information › • Digital Accessibility › • Site Map › • Help ›

Loading...

prod9,938DEE07-A105-51CB-A41A-211F8BC00852

MAR00123



**MARRIOTT**

**Marriott Marquis San Diego Marina**

Covid-19   Help   English   Trips   ♀ Sign In or Join

📍 333 West Harbor Drive, San Diego, California 92101 USA   📞 +1 619-234-1500 ⌄   ●●●●○ 4.5   3749 Reviews   Currency Calculator

⏱ **Reserve Your Room Before Time Runs Out!**

| Stay Dates | Room Details | Total for Stay | | |
|---|---|---|---|---|
| Thu, Dec 17, 2020 – Fri, Dec 18, 2020 | 1 King Bed, City View, Room | 237.02 USD | ⏱ **Room(s) held for: 14:27** | CHANGE |

# Guest Information

**SIGN IN FOR FASTER BOOKING**

We value your privacy. See our **Global Privacy Statement**.

All fields are required unless otherwise stated.

## Name

Title

(Optional) ⌄

First Name

Last Name

Email Address

Marriott Bonvoy Member Number (Optional)

☐ Send my reservation confirmation by SMS

Company Name (Optional)

Note: To be credited for this stay, the name on your Marriott Bonvoy account must match the guest name.

## Address

Country/Region

USA ⌄

Address

City

State/Province                          Zip Code

Select State ▼

**Are you a travel agent?**

☐ Yes, I am a travel agent or planner

## Select Payment Option

A valid form of payment must be presented at check-in

○ Pay using  [⟫] **Click to pay**

● Pay using Credit/Debit Card  VISA  AMEX  Diners Club  DISCOVER  JCB  MasterCard  UnionPay

Why we ask for this?

Credit/Debit Card Number

Expiration Month                        Expiration Year

Month ▼                                  Year ▼

CVV Number

**Free Wi-Fi + mobile check-in + our lowest member rates all the time**

☑ Instantly join Marriott Bonvoy and enjoy the perks with each stay.

Password

Confirm password

☑ Remember me (recommended for private computers only).

☑ I would like to receive account updates, program news and offers via email and direct mail.

☑ I would like to receive exclusive offers from select third parties.

By signing up, I agree to Marriott's Terms of Use, Privacy Statement and Data Protection Clause.

You may cancel your reservation for no charge before 11:59 PM local hotel time on December 16, 2020 (1 day[s] before arrival). Please note that we will assess a fee of 197.65 USD if you must cancel after this deadline.

LEARN MORE ❯

**BOOK NOW**

**Phone Reservations**

Marriott Reservations in the US and Canada: 1-888-236-2427
The Ritz-Carlton, US and Canada: 800-542-8680
Worldwide: CALL YOUR RESERVATION CENTER



**Our Lowest Prices. Instant Benefits. Only on Marriott.com**

Enjoy instant benefits like our Best Rate Guarantee, Mobile Check-In, Free Wi-Fi and Earn Free Nights only when you book directly on Marriott.com.

LEARN MORE ›



**Unlock your stay with the Marriott Bonvoy™ App**

LEARN MORE

Top Destinations

For Guests

Our Company

Follow Us

© 1996 – 2020 Marriott International, Inc. All rights reserved. Marriott Proprietary Information

Tracking Preferences › • Terms of Use › • Program Terms & Conditions › • Privacy Center › • Do Not Sell My Personal Information › • Digital Accessibility › • Site Map › • Help ›

Loading...

prod8,95674A52-4DCC-5CE5-985A-42DCCA5B015F

MAR00126