UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD HALL, KEVIN BRANCA, and GEORGE ABDELSAYED individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MARRIOTT INTERNATIONAL, INC., a Delaware corporation,<br><br>Defendant. | Case No.: 19cv1715-JO-AHG<br><br>**ORDER REQUESTING SUPPLEMENTAL BRIEFING** |

In this consumer class action brought by Plaintiffs Todd Hall and George Abdelsayed ("Lead Plaintiffs") against Defendant Marriott International, Inc. ("Marriott"), the parties filed cross motions for summary judgment. Dkts. 140, 143. Lead Plaintiffs also filed a motion to certify the class. Dkt. 142. To aid the Court in deciding these pending motions, the Court requests supplemental briefing regarding Marriott's affirmative defense that some or all of the putative class agreed to a class action waiver. The supplemental briefing shall address the following: (1) what evidence is in the record that Lead Plaintiffs had notice of Marriott's terms and conditions; (2) what evidence would be relevant to determining whether putative class members had notice of Marriott's terms and conditions; (3) what portion of the putative class would be subject to this affirmative defense; (4) whether Marriott, if it has waived this affirmative defense with respect to Lead

1

Plaintiffs, has also waived with respect to the remainder of the putative class; (5) whether Lead Plaintiffs are typical and adequate class representatives if they are not subject to this affirmative defense but other members of the putative class are.  The parties shall submit simultaneous briefing on the above issues on December 20, 2022.  The briefing shall be limited to 15 pages per submission.

**IT IS SO ORDERED.**

Dated:  December 6, 2022

_____
Hon. Jinsook Ohta
United States District Court