# EXHIBIT 5
## UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

| MARSHA code | Property display name | Brand | Property status | Hotel alert description | Hotel alert start date | Hotel alert end date | KDate |
|---|---|---|---|---|---|---|---|
| AHNRZ | The Ritz-Carlton Lodge, Reynolds Plantation | The Ritz-Carlton | Open | Resort activity package of USD 40 per day in addition to room rate includes fitness club/Internet/valet parking and more | 4/01/2014 | | Yes |
| AUART | The Ritz-Carlton, Aruba | The Ritz-Carlton | Open | 14 percent service charge added to the rate includes resort amenities, Internet access, daily fitness class and more! | 5/06/2014 | | Yes |
| BNAGO | Gaylord Opryland Resort & Convention Center | Gaylord Hotels | Open | Daily resort fee of USD 18 added to rate includes in-room Internet, fitness facility, bottled water and more! | 7/12/2013 | | Yes |
| CSGAK | The Lodge and Spa at Callaway Gardens, Autograph Collection | Autograph Collection | Open | USD 15 per night resort fee added to rate includes Callaway Gardens passes/two bottles of water/wireless Internet access | 1/13/2014 | | Yes |
| CTDCA | JW Marriott Desert Springs Resort & Spa | Marriott Hotels & Resorts | Open | Daily resort fee of USD 28 added to rate includes parking, WiFi, golf bag storage, mini-golf, access to fitness center. | 11/16/2011 | | Yes |
| DALGT | Gaylord Texan Resort & Convention Center | Gaylord Hotels | Open | Daily resort fee added to rate includes in-room Internet, fitness facility, bottled water and more | 2/12/2013 | | Yes |
| EISAK | Scrub Island Resort, Spa & Marina, Autograph Collection | Autograph Collection | Open | USD 25 per adult per night resort fee will be added to rate-includes airport transfers and more/Valid passport required | 3/22/2012 | | Yes |
| FLLSB | Fort Lauderdale Marriott Harbor Beach Resort & Spa | Marriott Hotels & Resorts | Open | Daily resort fee of USD 25 added to room rate includes in-room Internet, 2 welcome drinks, resort activities and more! | 9/21/2014 | 7/11/2015 | |
| GCMRZ | The Ritz-Carlton, Grand Cayman | The Ritz-Carlton | Open | Daily resort fee of USD 60 added to rate includes high speed Internet access/valet parking/water activities and more! | 12/21/2012 | | Yes |
| HAFRZ | The Ritz-Carlton, Half Moon Bay | The Ritz-Carlton | Open | A daily resort fee of USD 25 per room in addition to the rate applies to all reservations. | 12/21/2012 | | Yes |
| HHHGR | Hilton Head Marriott Resort & Spa | Marriott Hotels & Resorts | Open | Daily resort fee of USD 15 is an additional charge that includes high-speed Internet access, local phone calls and more | 9/21/2012 | | Yes |
| HNLJW | JW Marriott Ihilani Ko Olina Resort & Spa | Marriott Hotels & Resorts | Open | Daily resort fee of USD 30 plus tax will be added to room rate and includes WiFi/local calls/various resort activities. | 7/29/2013 | | Yes |
| HNLMC | Waikiki Beach Marriott Resort & Spa | Marriott Hotels & Resorts | Open | Daily resort fee of USD 30 will be added to room rate / 3rd-4th person in room USD 50 each per night 18 years and older | 9/14/2012 | | Yes |
| HNMMC | Wailea Beach Marriott Resort & Spa | Marriott Hotels & Resorts | Open | Daily resort fee USD 30 plus tax will be added to rate. Fee includes self-parking, local/US phone calls and discounts. | 1/03/2013 | | Yes |
| JHMRZ | The Ritz-Carlton, Kapalua | The Ritz-Carlton | Open | A daily resort fee of USD 30 will be added to the room rate. Fee includes resort shuttle, local calls, Wi-Fi and more. | 12/18/2012 | | Yes |
| KOAMC | Waikoloa Beach Marriott Resort & Spa | Marriott Hotels & Resorts | Open | A daily resort fee of USD 30 plus tax added to the room rate includes self-parking, in-room Internet and more. | 5/27/2011 | | Yes |
| LASJW | JW Marriott Las Vegas Resort & Spa | Marriott Hotels & Resorts | Open | ==Daily resort fee of USD 14.99 includes Internet/access to spa fitness center/USD 20 spa treatment credit/bottled water== | 12/03/2013 | | Yes |
| LCVBR | Renaissance Tuscany Il Ciocco Resort & Spa | Renaissance Hotels | Open | Daily resort fee EUR 6.10 per person/No rollaways in classic and exec view rooms/Pets not allowed in bar-restaurants | 4/28/2014 | | Yes |
| LIHHI | Kaua'i Marriott Resort | Marriott Hotels & Resorts | Open | Daily resort activity package fee of USD 30 added to rate includes Internet, self-parking, 2 Mai Tais per stay and more! | 12/21/2012 | | Yes |

| MARSHA code | Property display name | Brand | Property status | Hotel alert description | Hotel alert start date | Hotel alert end date | KDate |
|---|---|---|---|---|---|---|---|
| LIHKU | Courtyard Kaua'i at Coconut Beach | Courtyard By Marriott | Open | A daily resort fee of USD 20 will be added to the room rate. Fee includes parking, 2 complimentary Mai Tai's and more. | 2/06/2014 | | Yes |
| MCOGP | Gaylord Palms Resort & Convention Center | Gaylord Hotels | Open | Daily resort fee of USD 20 added to rate includes Internet/fitness center/Disney shuttle/daily bottled water and more! | 5/22/2013 | | Yes |
| MCOJW | JW Marriott Orlando Grande Lakes | Marriott Hotels & Resorts | Open | USD 25 daily resort fee added to room rate includes in-room Internet, theme park shuttle, resort activities and more! | 1/20/2014 | | Yes |
| MCORZ | The Ritz-Carlton Orlando, Grande Lakes | The Ritz-Carlton | Open | USD 25 daily resort fee added to room rate includes in-room Internet, shuttle to select area parks, RitzKids and more! | 1/20/2014 | | Yes |
| MCOSR | Renaissance Orlando at SeaWorld® | Renaissance Hotels | Open | USD 20 daily resort fee added to room rate includes Internet/shuttle to parks/child's breakfast when dining with adult | 1/06/2014 | | Yes |
| MCOWC | Orlando World Center Marriott | Marriott Hotels & Resorts | Open | Daily resort fee USD 20 in addition to room rate includes Internet, scheduled Disney shuttle, slide access and more. | 1/06/2014 | | Yes |
| MIAEB | The Miami Beach EDITION | EDITION | Pre-Opening | USD 25 daily resort fee added to rate includes beach chair service, beach towels, Internet access, bike rental and more! | 11/01/2014 | | Yes |
| MIAKB | The Ritz-Carlton Key Biscayne, Miami | The Ritz-Carlton | Open | A resort fee of USD 28 added to room rate includes high speed Internet access, 2 beach chairs/umbrella and spa access | 10/01/2014 | | Yes |
| MIATB | Turnberry Isle Miami, Autograph Collection | Autograph Collection | Open | Daily resort fee USD 21.95 plus tax in addition to daily room rate includes internet, shopping discount booklet and more | 1/03/2013 | | Yes |
| MRKFL | Marco Island Marriott Beach Resort, Golf Club & Spa | Marriott Hotels & Resorts | Open | A daily resort fee of USD 25 will be added to the room rate – a USD 154 value! | 7/09/2014 | | Yes |
| MYRGD | Myrtle Beach Marriott Resort & Spa at Grande Dunes | Marriott Hotels & Resorts | Open | Daily resort fee of USD 18 added to rate includes high speed Internet access/local telephone calls/self-parking and more | 11/01/2012 | | Yes |
| ONTAK | Lake Arrowhead Resort and Spa, Autograph Collection | Autograph Collection | Open | Daily resort fee of USD 20 will be added to the room rate. Fee includes Wifi, daily newspaper, self-parking and more. | 2/11/2013 | | Yes |
| PBIIR | Hutchinson Island Marriott Beach Resort & Marina | Marriott Hotels & Resorts | Open | ==An additional daily resort fee of USD 15 includes complimentary parking, complimentary Internet access and more.== | 11/01/2012 | | Yes |
| PHXCB | JW Marriott Scottsdale Camelback Inn Resort & Spa | Marriott Hotels & Resorts | Open | Daily resort fee of USD 25 in addition to room rate includes Internet, bicycle rental, use of driving range and more! | 11/16/2011 | | Yes |
| PHXDR | JW Marriott Phoenix Desert Ridge Resort & Spa | Marriott Hotels & Resorts | Open | ==USD 25 daily resort fee includes Internet/use of spa fitness center-age 16 or older/driving range/bike rentals and more!== | 8/16/2012 | | Yes |
| PLNBR | The Inn at Bay Harbor Renaissance Lake Michigan Golf Resort | Renaissance Hotels | Open | A daily resort fee of 7 percent of the nightly room rate will be added to the rate. | 12/26/2012 | | Yes |
| PSPPS | The Ritz-Carlton, Rancho Mirage | The Ritz-Carlton | Open | The Ritz-Carlton, Rancho Mirage will assess a USD 30 per room per night resort fee in addition to the nightly room rate. | 3/21/2014 | | Yes |
| PSPSR | Renaissance Indian Wells Resort & Spa | Renaissance Hotels | Open | Daily resort fee of USD 28 added to rate includes self-parking, WiFi, golf bag storage, fitness classes, bike rental. | 11/21/2011 | | Yes |

| MARSHA code | Property display name | Brand | Property status | Hotel alert description | Hotel alert start date | Hotel alert end date | KDate |
|---|---|---|---|---|---|---|---|
| PTLAL | Grand Hotel Marriott Resort, Golf Club & Spa | Marriott Hotels & Resorts | Open | A daily resort fee of 15 percent will be added to rate. GPS address 17855 Scenic Highway 98, Fairhope AL 36532. | 2/08/2012 | | Yes |
| RNORZ | The Ritz-Carlton, Lake Tahoe | The Ritz-Carlton | Open | A daily resort fee of USD 25 will be added to the room rate | 4/30/2013 | | Yes |
| RSWSB | Sanibel Harbour Marriott Resort & Spa | Marriott Hotels & Resorts | Open | A daily resort fee of USD 15 is in addition to the daily room rate. | 3/20/2012 | | Yes |
| SATJW | JW Marriott San Antonio Hill Country Resort & Spa | Marriott Hotels & Resorts | Open | USD 32 daily resort fee in addition to room rate includes Internet, use of spa fitness center and much more! | 11/25/2013 | | Yes |
| SFOLS | The Lodge at Sonoma Renaissance Resort & Spa | Renaissance Hotels | Open | Daily resort fee of USD 20 added to room rate includes Internet, daily wine tasting, shuttle to Sonoma Plaza and more! | 8/14/2013 | | Yes |
| SJUBR | La Concha Renaissance San Juan Resort | Renaissance Hotels | Open | 18 percent mandatory resort fee added to rate includes 2 bottles of water in room/casino coupon/Internet and local calls | 12/26/2012 | | Yes |
| SJUDB | Residences at Dorado Beach, a Ritz-Carlton Reserve | The Ritz-Carlton | Open | Daily resort fee of USD 95 added to rate incl snorkeling gear, Internet and more! Hotel does not participate in Rewards. | 9/20/2012 | | Yes |
| SJUDO | Dorado Beach, a Ritz-Carlton Reserve | The Ritz-Carlton | Open | Daily resort fee of USD 95 added to rate incl snorkeling gear, Internet and more! Hotel does not participate in Rewards. | 10/05/2012 | | Yes |
| SJUIV | Courtyard Isla Verde Beach Resort | Courtyard By Marriott | Open | Mandatory 18 percent resort fee added to rate includes beach chairs and umbrellas/casino coupon and two bottles of water | 2/07/2012 | | Yes |
| SJUMR | Courtyard San Juan Miramar | Courtyard By Marriott | Open | Mandatory 9 percent resort fee will be charged daily in addition to the room rate. | 1/04/2013 | | Yes |
| SJUPR | San Juan Marriott Resort & Stellaris Casino | Marriott Hotels & Resorts | Open | Mandatory 18 percent resort fee added to rate incl bottle of water in room/local phone calls/wireless Internet and more | 1/19/2012 | | Yes |
| SJURZ | The Ritz-Carlton, San Juan | The Ritz-Carlton | Open | 18 percent resort fee added to the rate includes resort amenities, wireless Internet, daily fitness classes and more! | 12/21/2012 | | Yes |
| SNADP | Laguna Cliffs Marriott Resort & Spa | Marriott Hotels & Resorts | Open | Daily resort fee USD 25 includes guest room WiFi, telephone calls within continental US and on property activity rental. | 10/03/2012 | | Yes |
| SNARZ | The Ritz-Carlton, Laguna Niguel | The Ritz-Carlton | Open | A USD 25 per day resort fee applies in addition to the nightly room rate. | 12/21/2012 | | Yes |
| SRQRZ | The Ritz-Carlton, Sarasota | The Ritz-Carlton | Open | Daily resort fee of USD 28 added to rate includes in-room Internet, fitness classes, beach pampering and much more! | 6/12/2013 | | Yes |
| STTFR | Frenchman's Reef & Morning Star Marriott Beach Resort | Marriott Hotels & Resorts | Open | Daily resort fee of USD 45 in addition to rate includes WiFi, rental snorkel gear, floats, aerobics classes and more! | 7/13/2012 | | Yes |
| STTRZ | The Ritz-Carlton, St. Thomas | The Ritz-Carlton | Open | Daily resort fee of USD 62 added to rate. An extra person charge applies to 3rd and 4th person in all club room types. | 7/03/2012 | | Yes |
| TUSRZ | The Ritz-Carlton, Dove Mountain | The Ritz-Carlton | Open | In addition to room rate, resort activity package of USD 48/day includes valet parking/Internet/driving range and more | 5/01/2014 | | Yes |
| TUSSP | JW Marriott Tucson Starr Pass Resort & Spa | Marriott Hotels & Resorts | Open | In addition to room rate-USD 29 daily resort fee applies including high speed Internet/guided hikes/driving range & more | 2/07/2012 | | Yes |
| WASGN | Gaylord National Resort & Convention Center | Gaylord Hotels | Open | Daily resort fee added to rate includes in-room Internet, fitness facility, bottled water and more! | 2/12/2013 | | Yes |

| MARSHA code | Property display name | Brand | Property status | Hotel alert description | Hotel alert start date | Hotel alert end date | KDate |
|---|---|---|---|---|---|---|---|
| WHRCO | Vail Marriott Mountain Resort | Marriott Hotels & Resorts | Open | USD 30 daily winter resort fee includes ski valet/Internet/ski and boot storage and more. Fee USD 15 in summer months. | 11/06/2013 | | Yes |
| WHRRZ | The Ritz-Carlton, Bachelor Gulch | The Ritz-Carlton | Open | The Ritz-Carlton, Bachelor Gulch will assess a resort fee of USD 50 per night per room in addition to the nightly rate. | 12/26/2012 | | Yes |
| YQAJW | JW Marriott The Rosseau Muskoka Resort & Spa | Marriott Hotels & Resorts | Open | Daily resort fee added to rate includes Internet and much more. Fee is CAD 35 May-October and CAD 29 November-April. | 3/04/2013 | | Yes |