**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
MICHAEL T. HOUCHIN (SBN 305541)
*mike@consumersadvocates.com*
LILACH HALPERIN (SBN 323202)
*lilach@consumersadvocates.com*
651 Arroyo Drive
San Diego, CA 92103
Tel: (619) 696-9006
Fax: (619) 564-6665

**LAW OFFICE OF ROBERT L. TEEL**
ROBERT L. TEEL (SBN 127081)
*lawoffice@rlteel.com*
1425 Broadway, Mail Code: 20-6690
Seattle, Washington 98122
Tel: (866) 833-5529
Fax: (855) 609-6911

**BURSOR & FISHER, P.A.**
L Timothy Fisher (SBN 191626)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com

*Class Counsel*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD HALL, KEVIN BRANCA, and GEORGE ABDELSAYED individually and on behalf of all others similarly situated,<br><br>   *Plaintiffs*,<br><br>v.<br><br>MARRIOTT INTERNATIONAL, INC., a Delaware corporation,<br><br>   *Defendant*. | Case No. 3:19-cv-01715-JO-AHG<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR RECONSIDERATION**<br><br>Date: April 21, 2023<br>Time: 9:00 a.m.<br>Court: 4C<br>Judge: Hon. Jinsook Ohta<br><br>**SPECIAL BRIEFING SCHEDULE ORDERED [DKT. NO. 180]** |

| | |
|---|---|
| 1 | **TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD**: |
| 2 | **PLEASE TAKE NOTICE THAT**, on April 21, 2023 at 9:00 a.m., or as |
| 3 | soon thereafter as the matter may be heard, in Courtroom 4C of the United States |
| 4 | District Court for the Southern District of California located at 221 West Broadway, |
| 5 | San Diego, California 92101, before the Honorable Judge Jinsook Ohta, presiding, |
| 6 | Plaintiffs Todd Hall and George Abdelsayed ("Plaintiffs") will and hereby do move |
| 7 | the Court for reconsideration of the Court's March 30, 2023 Order Granting in Part |
| 8 | and Denying in Part the Parties' Motions for Summary Judgment and Granting in |
| 9 | Part and Denying in Part Plaintiffs' Motion to Certify the Class. |
| 10 | This motion is based on this Notice of Motion, the concurrently-filed |
| 11 | Memorandum of Points and Authorities in Support of Plaintiffs' Motion for |
| 12 | Reconsideration, all prior pleadings and proceedings in this matter, and all other |
| 13 | evidence and written and oral argument that will be submitted in support of the |
| 14 | Motion. |
| 15 | |
| 16 | DATED: April 13, 2023           Respectfully submitted, |
| 17 | |
| 18 | /s/ *Ronald A. Marron* |
| 19 | **LAW OFFICES OF RONALD A. MARRON** |
| 20 | RONALD A. MARRON (SBN 175650) |
| 21 | *ron@consumersadvocates.com* <br> MICHAEL T. HOUCHIN (SBN 305541) |
| 22 | *mike@consumersadvocates.com* |
| 23 | LILACH HALPERIN (SBN 323202) <br> *lilach@consumersadvocates.com* |
| 24 | 651 Arroyo Drive |
| 25 | San Diego, California 92103 <br> Telephone: (619) 696-9006 |
| 26 | Facsimile: (619) 564-6665 |
| 27 | |
| 28 | **LAW OFFICE OF ROBERT L. TEEL** <br> ROBERT L. TEEL <br> *lawoffice@rlteel.com* |

-1-

*Hall v. Marriott International, Inc.*, Case No. 3:19-cv-01715-JO-AHG
PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR RECONSIDERATION

1425 Broadway, Mail Code: 20-6690
Seattle, Washington 98122
Telephone: (866) 833-5529

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (SBN 191626)
1990 N. California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: *ltfisher@bursor.com*
*Class Counsel*