Brett N. Taylor (SBN 274400)
*btaylor@cozen.com*
COZEN O'CONNOR
601 S. Figueroa Street, Suite 3700
Los Angeles, CA 90017
Telephone: 213-892-7925
Facsimile: 213-892-7999

Paul K. Leary, Jr. (PA Bar No. 85402)
(*Pro Hac Vice*)
*pleary@cozen.com*
COZEN O'CONNOR
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Telephone: 215-665-2000
Facsimile: 215-665-2013

Chad E. Kurtz, (DC Bar No. 1016934)
*(Pro Hac Vice)*
*ckurtz@cozen.com*
COZEN O'CONNOR
1200 19th Street NW, Suite 300
Washington, DC 20036
Telephone: 202-463-2521
Facsimile: 202-640-5939

*Attorneys for Defendant,
Marriott International, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD HALL and GEORGE ABDELSAYED, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MARRIOTT INTERNATIONAL, INC., a Delaware corporation,<br><br>Defendant. | Case No.: 3:19-cv-01715-JO-AHG<br><br>**JOINT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**<br><br>The Honorable Allison H. Goddard |

Pursuant to Local Civil Rule 7.2 and Judge Goddard's Civil Pretrial Procedures, defendant Marriott International, Inc. ("Marriott"), with the consent of plaintiffs Todd Hall and George Abdelsayed ("Plaintiffs") (together, the "Parties"),

jointly move to continue the Case Management Conference scheduled for June 22, 2023, and all related deadlines, by one week. In support thereof, the Parties state:

1. On June 6, the Court issued an Order Setting Case Management Conference ("Order") that, among other things, scheduled a virtual Case Management Conference for June 22.

2. The Order requires the parties' counsel to meet and confer, and for the parties to do the following by no later than June 20: (i) file a Joint Case Management Statement; (ii) separately, confidentially submit to the Court their respective positions regarding whether a settlement conference would be beneficial at this time; and (iii) separately submit to the Court the names and email addresses of all those planning to attend the Case Management Conference.

3. Marriott's lead counsel and trial counsel, Paul K. Leary, Jr., is unable to attend the Case Management Conference on June 22 because he is scheduled for a surgical back procedure that day.

4. Mr. Leary also has multiple conflicts over the next ten days leading up to the Case Management Conference: (i) he has a mediation on Monday, June 12; (ii) he has deposition preparation sessions on Monday, June 12 and Tuesday, June 13; (iii) he has a pre-planned trip from Tuesday, June 13 to Friday, June 16 that will have him out of the office; and (iv) he has depositions on Monday, June 19 and Tuesday, June 20.

5. This motion is Marriott's first request to continue the deadlines set forth in the Order.

6. Good cause for Marriott's requested continuance exists because (i) Mr. Leary's previously scheduled surgical back procedure prevents him from attending the Case Management Conference; and (ii) Mr. Leary's schedule leading up to the deadline for the Joint Case Management Statement prevents him from having

adequate time to meaningfully consider, address, and have a meet-and-confer on the issues required to be discussed in the Statement.

7. Plaintiffs consent to Marriott's request to continue the deadlines set forth in the Order.

8. Marriott's requested continuance will not affect other case management dates because no other such dates yet exist.

9. A Declaration signed by Mr. Leary is attached hereto as Exhibit A.

For the above reasons, Marriott, with Plaintiffs' consent, requests that the Court continue the deadlines set forth in the Order in the manner set forth in the proposed Order.

Dated:  June 12, 2023

COZEN O'CONNOR

*/s/ Brett N. Taylor*
Brett N. Taylor, Esq.
Paul K. Leary, Jr., Esq. (PHV)
Chad E. Kurtz, Esq. (PHV)
*Attorneys for Defendant,*
*Marriott International, Inc.*

LAW OFFICES OF RONALD A. MARRON

*/s/ Michael T. Houchin*
Ronald A. Marron, Esq. (SBN 175650)
Michael T. Houchin, Esq. (SBN 305541)
Lilach Halperin, Esq. (SBN 323202

Law Office of Robert L. Teel
Robert Tell, Esquire
lawoffice@rlteel.com
1425 Broadway, Mail Code 20-6690
Seattle, WA 98122
*Attorneys for Plaintiffs*