UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD HALL and GEORGE ABDELSAYED, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MARRIOTT INTERNATIONAL, INC.,<br><br>Defendant. | Case No.: 3:19-cv-01715-JO-AHG<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>**[ECF No. 190]** |

Before the Court is the parties' joint motion to continue the Case Management Conference ("CMC"), presently scheduled for June 22, 2023. ECF No. 190; *see* ECF No. 189. The parties represent to the Court that Defendant's counsel has a mediation, depositions, and a pre-planned trip scheduled for the period before the CMC, and a surgical back procedure scheduled for the day of the CMC. ECF No. 190-1 at 3; ECF No. 190 at 2. Thus, so that the parties can "meaningfully consider, address, and have a meet-and-confer on the issues required to be discussed in the Joint Case Management Statement," the parties request a continuance of the CMC and pre-conference deadlines. *Id*. The Court appreciates the parties' thorough motion, and that the parties are working together, and finds good cause to **GRANT** the motion. The Court orders as follows:

1

1. The CMC originally set for June 22, 2023, is **RESET** for **July 7, 2023** at **1:30 p.m.** *via videoconference* before the Honorable Allison H. Goddard. To facilitate the CMC, the Court orders the following:

1. Counsel for the parties must meet and confer in person, by phone, or by videoconference, and by **July 5, 2023**, the parties just file a Joint Case Management Statement. The Joint Case Management Statement must address the following:

    A. Operative claims and operative certified class;
    B. Anticipated future motions;
    C. Discovery served to date and depositions taken to date;
    D. A detailed description of each side's anticipated discovery (fact discovery, expert discovery, and depositions);
    E. Relief sought, including the amount of any damages and a description of the bases on which damages should be calculated;
    F. Summary of any formal or informal settlement discussions;
    G. Proposed dates for the scheduling order, including fact and expert discovery cutoffs, dispositive motion deadlines, pretrial conference, and trial; and
    H. The expected length of trial.

2. By **July 5, 2023**, each party must **confidentially** submit to the Court via email (at efile_goddard@casd.uscourts.gov) their position regarding whether a settlement conference with Judge Goddard would be beneficial at this time.

3. By **July 5, 2023**, each party must submit to the Court via email (not filed) (at efile_goddard@casd.uscourts.gov) the names and email addresses of all attendees. Counsel are required to attend; clients are welcome, but not required. Court staff will then send out the Zoom invitation to all attendees.

4. All participants shall display the same level of professionalism during the CMC and be prepared to devote their full attention to the CMC as if they were attending in person, i.e., cannot be driving or in a car while speaking to the Court. Because Zoom may

quickly deplete the battery of a participant's device, each participant should ensure that their device is plugged in or that a charging cable is readily available during the video conference.

5. Counsel are advised that although the CMC will take place on Zoom, all participants shall appear and conduct themselves as if it is proceeding in a courtroom, i.e., all participants must dress in appropriate courtroom attire.

**IT IS SO ORDERED.**

Dated: June 12, 2023

_____
Honorable Allison H. Goddard
United States Magistrate Judge