UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD HALL and GEORGE ABDELSAYED, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MARRIOTT INTERNATIONAL, INC.,<br><br>Defendant. | Case No.: 3:19-cv-01715-JO-AHG<br><br>**ORDER:**<br><br>**(1) GRANTING IN PART JOINT MOTION TO AMEND THE SCHEDULING ORDER, and**<br><br>**(2) ISSUING AMENDED SCHEDULING ORDER**<br><br>**[ECF No. 200]** |

Before the Court is the parties' joint motion to amend the scheduling order. ECF No. 200. The parties represent to the Court that they have scheduled a private mediation with Judge Peter Lichtman for November 14, 2023. *Id*. at 3. Thus, the parties seek "to focus their efforts and resources on preparing for mediation and a potential settlement, rather than on extensive pretrial motions that will be rendered moot if the parties settle on November 14, 2023 or shortly thereafter." *Id*. Judge Ohta held a status conference on October 4, 2023, and discussed the parties' requests. ECF No. 201. Upon due consideration, and after consultation with Judge Ohta, the joint motion is **GRANTED IN PART**. ECF No. 200. The Court issues the following Amended Scheduling Order:

1. In light of the parties' joint motion and the instant amended scheduling order, the Mandatory Settlement Conference set for November 3, 2023 before the Honorable Allison H. Goddard is **VACATED**.

2. By **November 20, 2023**, the parties must lodge via email (not filed) (to efile_goddard@casd.uscourts.gov) a Joint Status Report regarding the outcome of the private mediation or, if unknown while a mediator's proposal is being considered, a date by which the parties will know the outcome of the private mediation.

3. All other pretrial motions, including *Daubert* motions and motions *in limine*, must be filed by **December 8, 2023**. The hearing on the motion(s) will be held on **January 31, 2024** at **9:30 a.m.** before the **Honorable Jinsook Ohta.**

4. Counsel do not need to file Memoranda of Contentions of Fact and Law if the trial will be a jury trial.

5. Counsel shall comply with the pre-trial disclosure requirements of Fed. R. Civ. P. 26(a)(3) by **February 5, 2024**. Failure to comply with these disclosure requirements could result in evidence preclusion or other sanctions under Fed. R. Civ. P. 37.

6. Counsel shall meet and take the action required by Local Rule 16.1(f)(4) by **February 12, 2024**. At this meeting, counsel shall discuss and attempt to enter into stipulations and agreements resulting in simplification of the triable issues. Counsel shall exchange copies and/or display all exhibits other than those to be used for impeachment. The exhibits shall be prepared in accordance with Local Rule 16.1(f)(4)(c). Counsel shall note any objections they have to any other parties' Pretrial Disclosures under Fed. R. Civ. P. 26(a)(3). Counsel shall cooperate in the preparation of the proposed pretrial conference order.

7. Counsel for plaintiff will be responsible for preparing the pretrial order and arranging the meetings of counsel pursuant to Civil Local Rule 16.1(f). By **February 20, 2024**, plaintiff's counsel must provide opposing counsel with the proposed pretrial order for review and approval. Opposing counsel must communicate promptly

with plaintiff's attorney concerning any objections to form or content of the pretrial order, and both parties shall attempt promptly to resolve their differences, if any, concerning the order.

8. The Proposed Final Pretrial Conference Order, including objections to any other parties' Fed. R. Civ. P. 26(a)(3) Pretrial Disclosures shall be prepared, served and lodged with the assigned district judge by **February 26, 2024**, and shall be in the form prescribed in and comply with Local Rule 16.1(f)(6).

9. The final Pretrial Conference is scheduled on the calendar of the **Honorable Jinsook Ohta** on **March 6, 2024** at **8:30 a.m.** Should counsel have a conflict with this date, they should contact the chambers of Judge Ohta.

10. The jury trial in this matter is scheduled to start on **March 11, 2024** at **9:00 a.m.** before the **Honorable Jinsook Ohta**.

11. The parties must review the chambers' rules for the assigned magistrate judge.

12. A post trial settlement conference before a magistrate judge may be held within 30 days of verdict in the case.

13. The dates and times set forth herein will not be modified except for good cause shown.

14. Briefs or memoranda in support of or in opposition to any pending motion shall not exceed twenty-five (25) pages in length without leave of a district court judge. No reply memorandum shall exceed ten (10) pages without leave of a district court judge. Briefs and memoranda exceeding ten (10) pages in length shall have a table of contents and a table of authorities cited.

**IT IS SO ORDERED.**

Dated:  October 4, 2023

_____
Honorable Allison H. Goddard
United States Magistrate Judge