**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
LILACH HALPERIN (SBN 323202)
*lilach@consumersadvocates.com*
651 Arroyo Drive
San Diego, CA 92103
Telephone (619) 696-9006
Facsimile (619) 564-6665

**LAW OFFICE OF ROBERT L. TEEL**
ROBERT L. TEEL (SBN 127081)
*lawoffice@rlteel.com*
1425 Broadway, Mail Code: 20-6690
Seattle, Washington 98122
Telephone (866) 833-5529
Facsimile (855) 609-6911

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (SBN 191626)
*ltfisher@bursor.com*
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone (925) 300-4455
Facsimile (925) 407-2700

*Counsel for Plaintiffs and the Class*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD HALL and GEORGE ABDELSAYED individually and on behalf of all others similarly situated, *Plaintiffs*, <br><br> v. <br><br> MARRIOTT INTERNATIONAL, INC., a Delaware corporation, <br><br> *Defendant*. | Case No. 3:19-cv-01715-JO-AHG <br><br> <u>CLASS ACTION</u> <br><br> **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** <br><br> Date: July 10, 2024 <br> Time: 9:30 a.m. <br> Courtroom 4C <br> Hon. Jinsook Ohta |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on July 10, 2024 at 9:30 a.m., or as soon thereafter as counsel may be heard by the above-captioned Court, located at 221 West Broadway, Courtroom 4C, San Diego, California 92101, in the courtroom of the Honorable Judge Jinsook Ohta, Plaintiffs Todd Hall and George Abdelsayed will move and hereby do move the Court for final approval of the proposed Settlement Agreement reached between Plaintiffs and Defendant Marriott International, Inc.

This Motion is based on (1) this Notice of Motion, (2) the Memorandum of Points and Authorities and Declaration of Robert Teel filed concurrently herewith, (3) the preliminary approval motion and related pleadings, papers, and Order thereon (ECF Nos. 279-282), (4) Plaintiffs' motion for reimbursement of litigation costs and service awards and the related pleadings and papers (the "Costs Motion") filed in conjunction herewith, (5) the proposed order lodged with the Court in conjunction with this Motion and the Costs Motion, (6) the other pleadings and papers on file in this action, and (7) upon such other written matters or oral argument as may be presented to the Court.

DATED: July 3, 2024

Respectfully submitted,

/s/ *Robert L. Teel*

**LAW OFFICE OF ROBERT L. TEEL**
ROBERT L. TEEL
*lawoffice@rlteel.com*
1425 Broadway, Mail Code: 20-6690
Seattle, Washington 98122
Telephone (866) 833-5529
Facsimile (855) 609-6911

**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
LILACH HALPERIN (SBN 323202)
*lilach@consumersadvocates.com*

-1-

651 Arroyo Drive
San Diego, California 92103
Telephone (619) 696-9006
Facsimile (619) 564-6665

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (SBN 191626)
*ltfisher@bursor.com*
1990 N. California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone (925) 300-4455
Fax: (925) 407-2700

***Counsel for Plaintiffs and the Class***

-2-

*Hall v. Marriott International, Inc.*, Case No. 3:19-cv-01715-JO-AHG
NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT